AO 240 (Rev. 9/96)

FILED

# UNITED STATES DISTRICT COURT
## District of Columbia

NOV 0 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Michael Antonelli,
Plaintiff

v.

Federal Bureau of Prisons, et al.,
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 07 2016

I, Michael Antonelli _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)
   If "Yes," state the place of your incarceration   FCI Manchester, Kentucky 40962
   Are you employed at the institution?  Yes   Do you receive any payment from the institution?  Yes
   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   ☒ Yes   ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.  See attached
   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  N/A

3. In the past 12 twelve months have you received any money from any of the following sources?
   a. Business, profession or other self-employment   ☐ Yes   ☒ No
   b. Rent payments, interest or dividends              ☐ Yes   ☒ No
   c. Pensions, annuities or life insurance payments   ☐ Yes   ☒ No
   d. Disability or worker's compensation payments    ☐ Yes   ☒ No
   e. Gifts or inheritances                            ☒ Yes   ☐ No
   f. Any other sources                                ☒ Yes   ☐ No

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. Several gifts + donations from friends + relatives to pay for legal fees, etc; but I cannot recall exact names, dates + amounts. See attached.

RECEIVED
OCT 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

3

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes," state the total amount. _____N/A_____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☒ Yes   ☐ No

   If "Yes," describe the property and state its value.

   A Mobile Home worth approx. $2500

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   NONE

I declare under penalty of perjury that the above information is true and correct.

10/11/07
Date

Michael Cantrell
Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

## CERTIFICATE
(Prisoner Accounts Only)
(To be Completed by the Institution of Incarceration)

I certify that the applicant named herein has the sum of $ __50.18__ on account to his/her credit at the __FCI Manchester, Manchester, KY__ institution where he is confined.

I further certify that the applicant likewise has the following securities to his/her credit according to the records of said institution: __N/A__

I further certify that during the past six months the applicant's average balance was $ __507.94__ .

__10/15/07__
Date

__R. Hall, Counselor__
Signature of Authorized Officer of Institution

## CALCULATION OF INITIAL PAYMENT OF FILING FEE

(To be Completed by the Institution of Incarceration)

PLAINTIFF: _Michael Antonelli_

ADC NUMBER: _04053-164_

FEDERAL COURT CASE NUMBER (IF KNOWN): _FOIA/PA SUIT_

| | |
|---|---|
| Total deposits for last six (6) months: | $ 3,789.66 |
| Average monthly deposit (total deposits divided by 6): | $ 631.50 |
| Total balances for last six (6) months: | $ 509.94  avg. daily bal. |
| Average monthly balance: (Total balances divided by 6) | $ 448.16 |
| Current account balance: | $ 50.18 |
| Initial payment of filing fee as of _____: | $ _____ |

(The greater of the average monthly deposit
Or the average monthly balance x .20)

DATE: _10/15/07_      AUTHORIZED OFFICIAL _R L Hellyer_

(NO FILING FEE SHALL BE IN EXCESS OF
$350.00 FOR A CIVIL LAWSUIT
OR
$455.00 FOR AN APPEAL)