UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL C. ANTONELLI, | ) | |
| Plaintiff *pro se*, | ) ) ) | |
| v. | ) ) | Civil Action No. 07-2016 (CKK) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

## **NOTICE OF APPEARANCE**

The Defendants[1] respectfully request that the Clerk of the Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of record for the Defendants in the above-captioned case.

Respectfully submitted,

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

---

[1] According to the complaint, the Defendants are: the Federal Bureau of Prisons, the Federal Bureau of Investigation, the United States Marshals Service, the United States Department of Justice, and the United States Immigration and Customs Enforcement.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Notice of Appearance was mailed, postage pre-paid, to Michael C. Antonelli, Plaintiff *pro se*, on this 28th day of November, 2007, to the following address:

Michael C. Antonelli
No. 04053-164
Federal Correctional Institution
Box 4000
Manchester, Kentucky 40962

                                                /s/_____
                                                JUDITH A. KIDWELL
                                                Assistant U.S. Attorney