UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No.: 07-2016 (CKK) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |

DEFENDANTS' MOTION FOR AN ENLARGEMENT
OF TIME TO FILE ANSWERS OR OTHER RESPONSES

Defendants,[1] through their undersigned attorneys, hereby respectfully request an enlargement of time, to and including January 31, 2008, within which to file their answers or other responses to the complaint filed herein. Defendants' answers or other responses are now due on December 13, 2007.

This is Defendants' first request for an enlargement of time for this purpose. Because the Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and the Defendants, therefore, have not obtained his position as to the relief requested.

There is good cause for this motion. The complaint in this case is twelve pages long and is brought against five different federal agencies. Moreover, the complaint includes eighteen counts containing 146 allegations made pursuant to the Freedom of Information Act and nine counts containing 27 allegations made pursuant to the Privacy Act. Therefore, additional time is needed by Defendants to obtain information concerning these allegations in order to properly

---

[1] According to the complaint, the Defendants are: the Federal Bureau of Prisons, the Federal Bureau of Investigation, the United States Marshals Service, the United States Department of Justice, and the United States Immigration and Customs Enforcement.

respond to the complaint. Accordingly, Defendants are requesting an extension of time to and including January 31, 2008, to file their answers or other responses to Plaintiff's complaint.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 28th day of November, 2007, to the following address:

Michael Antonelli  
No. 04053-164  
Federal Correctional Institution  
Box 4000  
Manchester, Kentucky 40962

                                                ____/s/_____  
                                                JUDITH A. KIDWELL  
                                                Assistant U.S. Attorney