UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI, )
          )
          Plaintiff, )
          )
     v    ) CASE No. 07-2016 (CKK)
          )
FEDERAL BUREAU OF PRISONS, etal., )
          )
          Defendants. )

### PRO SE PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGEMENT

Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, the plaintiff, MICHAEL C. ANTONELLI, Pro Se, respectfully moves this Court for partial summary judgement with respect to the claims that the Federal Bureau of Prisons, the Federal Bureau of Investigation, the United States Marshals Service, the Office of Information and Privacy and the United States Immigration and Customs Enforcement, are all in blatant and flagrant violation of the statutory time limits of the FOIA; and that the Federal Bureau of Prisons is in gross derrogation of the Privacy Act.

All defendants please take notice that the assertions contained in the declaration of MICHAEL ANTONELLI and other attachments, that are coming under separate cover, will be accepted by the Court as true unless each defendant submits their own affidavit or other documentary evidence contradicting the assertions in plaintiff's declaration and attachments. See Neal v. Kelly, 963 F. 2d 453, 456 (D.C. Cir. 1992) and Local Rule 7.1.

Because this is a dispositive motion, plaintiff has not sought any defendant's consent before filing it. LCvR 7(m).

Submitted this 23rd day of December, 2007.

By _____
MICHAEL C. ANTONELLI, Pro Se
No. 04053-164
Federal Correctional Institution
Box 4000
Manchester, Kentucky  40962

### Certificate of Service

I, MICHAEL C. ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion without attachments to the United States Attorney @ 555 4th Street, NW in Washington, D. C.  20530.

Executed this 23rd day of December, 2007.

By _____
Michael Antonelli, Affiant

(28 USC Section 1746)