UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
| Plaintiff *pro se*, | ) ) ) |
| v. | ) Civil Action No.: 07-2016 (CKK) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) ) |
| Defendants. | ) ) |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANSWERS OR OTHER RESPONSES TO COMPLAINT AND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants,[1] through their undersigned attorneys, hereby respectfully request a second enlargement of time, to and including February 29, 2008, within which to file their answers or other responses to the complaint filed herein, and their responses to Plaintiff's motion for partial summary judgment. Defendants' answers or other responses to Plaintiff's complaint are now due on January 31, 2008. Defendants' responses to Plaintiff's motion for partial summary judgment are due on January 22, 2008.[2]

This is Defendants' second request for an enlargement of time within which to file their answers or other responses to the complaint filed herein. This is Defendants' first request for an enlargement of time within which to file their response to Plaintiff's motion for partial summary

---

[1] According to the complaint, the Defendants are: the Federal Bureau of Prisons, the Federal Bureau of Investigation, the United States Marshals Service, the United States Department of Justice, and the United States Immigration and Customs Enforcement.

[2] Defendants reserve their right to assert at a later date that their time to respond to Plaintiff's motion for partial summary judgment should not begin to run until their receipt of Plaintiff's declaration and attachments.

judgment. Because Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendants, therefore, have not obtained his position as to the relief requested.

There is good cause for this motion. On November 28, 2007, Defendants sought an enlargement of time until and including January 31, 2008, in which to file their answers or other responses to the complaint filed herein. As the bases for Defendants' motion, Defendants noted that the complaint in this case is twelve pages long and is brought against five different federal agencies. Moreover, the complaint includes eighteen counts containing 146 allegations made pursuant to the Freedom of Information Act and nine counts containing 27 allegations made pursuant to the Privacy Act. Therefore, Defendants advised the Court that additional time was needed to obtain information concerning these allegations in order to properly respond to the complaint. On December 3, 2007, the Court granted Defendants' motion for an enlargement of time until January 31, 2008, to file their answers or other responses.

On December 31, 2007, Defendants' counsel received notice by electronic mail that Plaintiff had filed a motion for partial summary judgment against Defendants on December 28, 2007.[3] However, although Plaintiff cites to "a declaration" and "attachments" in his motion, he advises the Court that such declaration and attachments "are coming under separate cover." Thus, it does not appear that this declaration or these attachments have been filed with the Court and Defendants, therefore, cannot at this time respond to Plaintiff's motion without reviewing this declaration and these attachments. Additionally, this declaration and these attachments may be relevant to Defendants' answers or other responses to the complaint filed herein.

---

[3] Although Plaintiff's certificate of service indicates that a copy of his motion without attachments was mailed to counsel for Defendants on December 23, 2007, counsel has not yet received this motion by mail.

Accordingly, Defendants are requesting an extension of time to and including February 29, 2008, to file their answers or other responses to Plaintiff's complaint and to file their responses to Plaintiff's motion for partial summary judgment.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 10th day of January, 2008, to the following address:

Michael Antonelli
No. 04053-164
Federal Correctional Institution
Box 4000
Manchester, Kentucky 40962

        /s/_____
JUDITH A. KIDWELL
Assistant U.S. Attorney