ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED

JAN 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL C. ANTONELLI, )
)
Plaintiff, )
)
v )    Case No. 07-2016 (CKK)
)
FEDERAL BUREAU OF PRISONS, etal.)
)
Defendants.)

## DECLARATION OF MICHAEL C. ANTONELLI

I, Michael C. Antonelli, declare the following to be true and correct statements:

That I will address each count of this civil action complaint under the FOIA and the PA chronologically, as follows:

### FOIA Counts

### Count I

1.   Count I deals with a request for the records in connection to Anthony Allan Lemay who signed a written authorization under oath for the release of his records to me.
2.   Attached to the Statement of Material Facts Not in Genuine Dispute is Exhibits A and B.  These are true and correct copies of what I sent to the Director of the BOP in Washington, D.C. on October 21, 2006.
3.   The BOP never responded to that request.

### Count II

1.   This Count deals with a request dated August 9, 2005 for a copy of the video tapes taken in B2 Unit at FCC Medium in Forrest City, Arkansas on June 16, 2005.
2.   Exhibits C through L attached to the Statement of Material Facts Not in Genuine Dispute (Hereinafter called "Statement" herein) are true and correct copies of the correspondence to and from the BOP and the OIP concerning this request.
3.   The appeal in connection to this request was ultimately closed because the OIP believed evidently that I owed the EOUSA money.  As it turned out, the money I was purportedly owing to EOUSA was the result of a mistake by EOUSA.  I found out through trial and error that the money was owed by another individual with the approximate same name as I.  Therefore, the closing of my appeal by OIP in conjunction with EOUSA was improvident.

### Count III

1.   This Count deals with a request to the Director asking for records in connection to "some person high up in the ranks of the Department of Justice" that Ms Walters of USP BSY evidently contacted regarding plaintiff's FOIA requests.
2.   Exhibits M through O attached to the Statement filed recently in this cause are true and correct copies of my correspondence with

-1-

the BOP and OIP concerning this request.
3.    The OIP never responded to the appeal.

### Count IV

1.    This Count deals with the records requested from BOP in
connection to everything at FCC Forrest City, Arkansas files in
the Education Department regarding the classes I tutored and had
attempted to tutor.
2.    The exhibits attached to the Statement filed recently coined
P through T are true and correct copies of all correspondence to
and from me and the BOP and OIP in connection to this request.
3.    The OIP never answered the appeal I sent them in connection to
this request.

### Count V

1.    This Count deals with the electronic phone recording records
of a call made to my son MICHAEL CIRO ANTONELLI, age 14 at the time
on Christmas Eve of 2006 from USP BSY.
2.    Exhibits U through X attached to the Statement recently filed
are true and correct copies of the original letters to and from BOP
and OIP concerning this request.
3.    The OIP never responded to the appeal I mailed them.

### Count VI

1.    This Count deals with all telephonic recordings of phone
conversations I had with my attorney Doug Roller.
2.    Exhibits Y though EE attached to the Statement recently filed
are true and correct copies of the original letters to and from me
and the BOP and OIP concerning this request.
3.    The OIP stopped my appeal in this request under the guise and
subterfuge that I owed EOUSA some money.  As it turned out, the
money was owed by somebody else and not I.  Therefore, the appeal
was closed improvidently.  I asked that it be reopened and the OIP
never responded.

### Count VII

1.    This Count deals with the records of all SIS, SIA and investigation
records compiled at FCC Medium in **Forrest City,** Arkansas in connection
to my name.
2.    Exhibits FF through MM attached to the Statement recently filed
are true and correct copies of all correspondence to and from me and
BOP and OIP regarding this request.
3.    I believe the exemptions claimed by BOP and OIP have been
arbitrarily and capriciously applied.

### Count VIII

1.    This Count deals with my request for a copy of all tort claims
filed and related records.
2.    The attached Exhibits to the Statement recently filed entitled
NN through PP are true and correct copies of the correspondence to
and from BOP and OIP regarding this request.
3.    OIP never responded to the appeal I mailed them.

## Count IX

1.   This Count deals with a request for the entire RDAP file on my person at Forrest City, Arkansas including a hard-copy of all computer generated entries.
2.   Exhibits QQ through HHH attached to the Statement recently filed are true and correct copies of all correspondence between me and the BOP and OIP in connection to this request.
3.   The appeal to OIP was closed improvidently because the money that EOUSA thought I owed them was never owed them by me.
4.   I proved this to EOUSA and the OIP.

## Count X

1.   This Count deals with all information in connection to an incedent report I received on June 16, 2005.
2.   Exhibits III through NNN attached to the Statement recently filed are true and correct copies of all correspondence to and from me and BOP and OIP in connection to this request.
3.   I paid the USMS their money and asked that my appeal be reopened.

## Count XI

1.   This Count deals with a request for all records in connection to Incedent Report No. 1440394 and Administrative Remedy No. 411235.
2.   Exhibits OOO through UUU attached to the Statement recently filed are true and correct copies of all correspondence between me and BOP and OIP regarding this request.
3.   I paid USMS their money and asked that the OIP reopen the appeal.

## Count XII

1.   This Count deals with all records in connection to a Document Review form dated August 24, 2005.
2.   Exhibit VVV and its attachment, the Document Review Form, are attached as Exhibits to the Statement recently filed and are true and correct copies of the originals I mailed to BOP.
3.   BOP never responded to me regarding that request.

## Count XIII

1.   This Count deals with a request for all records in connection to Administrative Remedy No. 406470.
2.   Exhibits WWW through ZZZ attached to the Statement recently filed are true and correct copies of the request I mailed and the appeal I mailed and the correspondence I received from BOP and nothing back from OIP.
3.   The OIP never responded to me regarding the appeal.

## Count XIV

1.   This Count deals with my request for records concerning the Administrative Remedy No. 411064.
2.   Exhibits AAAA through CCCC are true and correct copies of the letters that I mailed and received from BOP and the appeal to OIP.

3.    The OIP never responded to that appeal.

## Count XV

1.    This Count deals with the records in connection to Administrative Remedy No. 386968.
2.    Exhibits DDDD through KKKK are true and correct copies of all correspondence to and from me and BOP and OIP in connection to this request.
3.    The OIP never responded to my appeal letter.

## Count XVI

1.    This Count deals with a request for information to USMS that was forwarded to ICE for review and release to me.
2.    Exhibits LLLL and MMMM are true and correct copies of the letter from ICE to me and the letter from me to ICE appealing.
3.    ICE is arbitrarily and capriciously withholding records.

## Count XVIII

1.    This Count deals with the numerous letters and appeals involving requests to the FBI in Washington, DC; Milwaukee, Wisconsin and Chicago, Illinois.
2.    Exhibits SSSS through KKKK are true and correct copies of the correspondence between me and the FBI and OIP regarding these request, that are attached to the Statement recently filed.
3.    These requests and appeals were closed improvidently because the EOUSA and OIP wrongly believed I owed them money when I did not. I proved this to them yet they refused to reopen the requests and appeals.

## Count XVII (out of order)

1.    This Count deals with the 421 pages of material that were ultimately released to me from USMS after I paid them the money I owed them
2.    I appealed the deletions and use of exemptions by USMS but the appeals were closed.  I asked that appeal 05-1520 be reopened.  It was not because then USMS believed and so did OIP that I owed money to EOUSA which was not true.
3.    Exhibits NNNN through RRRR attached to the Statement recently filed under separate cover, are true and correct copies of the letters to and from USMS and OIP in connection to these records and the appeals.

-4-

## PRIVACY ACT COUNTS

### Count A

1.    On August 30, 2005 I was forced to receive and sign a "Learning Contract" by Alison Luekefeld at FCC Forrest City, Arkansas or be ejected from RDAP.  I true and correct copy of this "Learning Contract" is attached hereto as Exhibit No. 80 hereto.
2.    This "Learning Contract" contains false and fictitious information in that I never failed to demonstrate responsibility by not participating in the Financial Responsibility Program.
3.    I never refused to pay my financial responsibility program payments.  I was improvidently put on FRP refusal status.
4.    Alison Luekefeld knew that I had sent the money to pay my FRP and intentionally and deliberately issued this learning contract in direct retaliation for my having exercised my first amendment rights to petition government for redress of grievances and assisting other inmates in the RDAP class to draft their petitions to government for redress of grievances.
5.    I notified Luekefeld of this and she refused to correct the erroneous records.
6.    I suffered and still suffer adverse consequences of the fact that these records go uncorrected in that I was ultimately ejected/ expelled from RDAP, was retaliatory transfered to a higher level security institution, and ultimately denied parole by the United States Parole Commission.
7.    Exhibits No. 1 through No. 8 attached to the Statement filed are true and correct copies of the letters to and from the BOP in my attempts to formally resolve this wrong unsuccessfully.

### Count B

1.    On August 26, 2005 Alison Luekefeld entered a computer entry into her computer regarding plaintiff having filed a BP-8 concerning his complaint about Officer Patterson's conduct towards him. (copy as No. 81 attached hereto).
2.    In retaliation for me having complained about Patterson and in desperation to get even because Luekefeld was too late to ask that I be disciplined for the confrontation with Patterson because 24 hours had elapsed since the confrontation, Luekefeld confronted me on the evening of August 29, 2005 at the 4 pm count time while I was locked in my cell regarding my having been put on FRP refusal status.  At that estranged meeting I explained fully through my cell door that I had paid $240 for my FRP debt and that I had been improvidently put on refusal in the first place.  I produced evidence to her that I slid under my cell door to her showing I had been working with my counselor, Kenneth Gilmore, on my FRP debt.  She passed me the documents back and stated she would talk to me in the morning.
3.    Attached Exhibit No. 82 is a concocted, fabricated and manufactured version of the events that took place the next day by Luekefeld.
4.    Days later, while Luekefeld was off duty, I was with DTS Forbes in Luekefeld's Office while Forbes was on Luekefeld's computer.  She looked for the attached August 30, 2005 entry and could not find it. Forbes then told me she was surprised Luekefeld had evidently later fabricated the 8/30/05 computer entry.

-5-

5.    What Luekefeld has written on her computer entry of 8/30/05 is false and fictitious and specifically designed to cover up the fact that I had fully explained to her that I was working with the Unit Counselor and had already sent $240 to pay my FRP.  This entry was not actually drafted on 8/30/05 but weeks later.  Ms Forbes is a witness to this.

6.    Exhibits No. 9 through 13 attached to the Statement are true and correct copies of my correspondence to and from BOP in my efforts to correct these erroneous records.

7.    I have suffered adverse determinations in the past, present and will suffer in the future in that I have been ejected from the RDAP improvidently, retaliatory transfered, and denied a parole by the United States Parole Commission.

## Count C

1.    On October 19, 2005 Alison Luekefeld of FCC Forrest City, Arkansas created a document/record entitled "CHANGE IN DRUG ABUSE STATUS."  (See Exhibit No. 83 attached hereto).  This record is false and fictitious in that no efforts to engage me in collaborative treatment through the RDAP ever failed; I never resisted an honest exploration of personal problems and treatment goals, I never have demonstrated utter lack of insight and readiness for treatment, I never asserted that I believed I had no problems in need of treatment and seen no need for personal improvement, and the statement that I said "I can't think of anything is twisted and fabricated to the extent that it is taken out-of-context in that after having been tossed out of RDAP rudely I simply stated : "I can't think of anything right now after my mind is boggled with what you just did."  Therefore, the report has been concocted, fabricated and manufactured to please the desires of Luekefeld and to fool any future reader of it to falsely believe that I deserved to be ejected from RDAP.  I never lacked readiness for treatment, never failed to make expected gains, and the so-called efforts to call my attention to problems and engage me in treatment are a farce and mockery.  This report was drafted in reprisal for my having exercised my clearly established first amendment constitutional rights to petition government for redress of grievances and assisting other RDAP residents in drafting their petitions to government for redress of grievances.

2.    This record was created intentionally and deliberately by Luekefeld with the assistance of her cohort James Lee Hoover.

3.    Exhibits No. 14 through 21 attached to the Statement are true and correct copies of my correspondence to and from the BOP in my efforts to correct or amend these erroneous records.

4.    I have suffered and will continue to suffer adverse determinations in connection to this erroneous document in that I was ejected from RDAP, retaliatory transfered, and denied a parole by the United States Parole Commission.

## Count D

1.    On November 17, 2005 Francine Hellaire of FCC Forrest City, Arkansas authored a "Progress Report" depicting me as having "Poor Adjustment in the institution.

2.   This was done intentionally and deliberately by Hellaire in reprisal for me having exercised my clearly established first amendment rights to petition government for redress of grievances and assisting other RDAP residents to draft their petitions for redress.

3.   A true and correct copy of this progress report is attached hereto as Exhibit No. 84.

4.   Exhibits No. 22 through 26 attached to the Statement filed are true and correct copies of the letters sent to and from the BOP by me in my efforts to correct or amend this record.

5.   I have been prejudiced by this record in that I was retaliatory transfered to a higher security institution and denied a parole by the United States Parole Commission.

## Count E

1.   On June 16, 2005 Martha Depoorter of FCC Forrest City, Arkansas authored an "Incedent Report" accusing me of insolence and refusing an order. (See copy attached as Exhibit No. 85).

2.   This report is false and fictitious in that I was never insolent and never refused an order.

3.   This report was drafted in direct reprisal for my having exercised my clearly established first amendment rights to petition government for redress of grievances and assisting other RDAP residents to draft their petitions for redress of grievances.

4.   Exhibits No. 27 through 38 attached to the Statement filed are true and correct copies of the communications between the BOP and I in connection to my efforts to correct these erroneous records.

5.   I have been prejudiced in that I have been ejected/expelled from RDAP, retaliatory transfered and denied a parole by the United States Parole Commission.

## Count F

1.   On August 23, 2005 an "Inmate Financial Responsibility Display Inmate Financial Data record was authored by Kenneth Gilmore of the BOP. (See copy as No. 86 attached hereto). This reflects that I owe some state $50.00. This is erroneous. I owe no state anything.

2.   This was done by Gilmore in reprisal for my having exercised my clearly established first amendment rights to petition the government for redress of grievances. This was intentional and deliberate.

3.   Exhibits No. 39 through 46 attached to the Statement filed are true and correct copies of my correspondence to and from the BOP showing my attempts to correct this erroneous record.

4.   I suffered in that I was ejected out of RDAP, retaliatory transfered, and denied a parole by the United States Parole Commission.

## Count G

1.   On March 2, 2006 J. Baltazar, SIA at FCC Forrest City, Arkansas in conjunction with Alison Luekefeld and James Lee Hoover, drafted an incedent report charging me with "Encouraging A Group Demonstration." (See copy attached as No. 87).

2.   This record is false and fictitious, concocted and manufactured by Baltazar, Hoover & Luekefeld deliberately and intentionally in

2.    This was done in retaliation for my having exercised my clearly
established first amendment rights to petition government for redress
of grievances and assisting RDAP residents in drafting their petitions
for redress.
3.    Exhibits No. 47 though No. 51 attached to the Statement filed
are true and correct copies of my correspondence to and from the BOP
in my efforts to correct this erroneous record.
4.    I suffered adverse determinations in that I was convicted of
this infraction illegally, I lost 27 days good time and have served
24 days more prison time as a result and will serve 24 more days on
federal parole and incarceration, and have been denied parole by
the United States Parole Commission and I was retaliatory transfered
to a higher security institution as a result.

### Count H

1.    On February 12, 2007 and prior to that date, the BOP via Mark
Cuneen kept records showing me as burning a victums house, being
convicted of an assault in 1999, and convicted of 18 USC Section
924(c). (one such report is attached as Exhibit No. 88 hereto).
2.    This record is false and fictitious.  Mark Cuneen and Melissa
Parr of USP BSY intentionally and deliberately kept these erroneous
records in retaliation for my having exercised my clearly established
first amendment rights to petition government for redress of grievances.
3.    Exhibits No. 52 through 61 attached to the Statement filed are
true and correct copies of the correspondence to and from the BOP
in my efforts to correct or amend this record.
4.    I suffered adverse consequences in that I was sent to a higher
security level institution in the first place because of this erroneous
record in the BOP files, it was sent to the Parole Commission in the
submission by Melissa Parr before my parole hearing, used to determine
that I should be denied parole by the United States Parole Commission.

### Count I

1.    Two Progress Reports were authored by Melissa Parr at USP BSY,
one on August 3, 2006 which reflects me as a program failure in that
my institutional adjustment was poor. (See exhibit No. 89 attached
hereto).  Another report authored on February 25, 2007 by Parr failed
to accurately state that I am a "Superior Program Acheiver" that would
warrant "Super Program" awards by the United States Parole Commission.
Parr intentionally and deliberately kept these inacurate records in
the files which caused adverse determinations by the United States
Parole Commission in that I was denied a parole. (see second report
as Exhibit No. 90 attached hereto).
2.    Both these reports are inaccurate.  They were falsified by Parr
in retaliation for my having exercised my clearly established first
amendment rights.  They were falsified to prejudice me.  And, I
suffered and still suffer adverse determinations from them being in
my records gone uncorrected.
3.    Exhibits No. 69 through 79 attached to the Statement filed are
true and correct copies of my correspondence to and from the BOP in
connection with my efforts to correct/amend these erroneous records.

I declare under the penalty of perjury that the aforementioned is true and correct as to my current knowledge and beliefs.

Further declarant sayeth naught.

Executed this  13TH  day of January, 2008.

By _____
Michael Antonelli, Declarant

(28 USC Section 1746)

## CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this Declaration of Michael Antonelli to the United States Attorney @ 555 4th Street, NW in Washington, D.C.  20530.

Executed this  13TH  day of January, 2008.

By _____
Michael Antonelli, Affiant

(28 USC Section 1746)

-9-

**Learning Contract**

I, Michael Antonelli, understand that participation in the Residential Drug Abuse Program requires a commitment to changing my old ways of thinking and behaving. In order to be successful in recovery from drugs and criminal behavior I have to be responsible, follow through on my positive commitments, and deal with my problems appropriately.

I also realize that I have failed to demonstrate responsibility by not participating in the Financial Responsibility Program and, as a result, was placed on FRP Refusal. I understand that an important part of recovery from drugs and criminality is being responsible to my financial commitments. In order to begin demonstrating my responsibility I will ensure that I make a September payment.

I understand that my lack of responsibility to follow through on my commitments and my attempts to avoid my responsibility will ultimately sabotage my treatment. Therefore, I am willing to undertake the following tasks to improve on my problem area of irresponsibility:

- Forfeit my phase pay.

- Sign an FRP contract and make a payment in September

- Write a five page paper about how I have avoided responsibility in my life through entitlement and criminal behavior.

- Ask at least six people for feedback about my efforts to work on my sense of entitlement. I will have them tell me their feedback. Then, I will write down a few sentences that sum up their feedback and ask them to sign their names. Of these six people, two should be treatment staff, two should be work/school/unit team supervisors, and two should be inmates whom I respect. I will bring the feedback that I receive to my primary therapist by 9/8/05 and be ready to discuss what I learned.

- Be honest with myself about the changes I have to make in order to be successful in my recovery. Stop trying to do less than is required of me. Stop trying to avoid my positive commitments.

_____

Michael Antonelli

#80

**LIMITED OFFICIAL USE**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 08-26-2005 - Eval/Rpt - DAP-RDAP: Contact

**Reg Number-Name:** 04053-164 - ANTONELLI, MICHAEL    **Unit:** UNIT B-3

**Author:** ALISON M. LEUKEFELD, Ph.D., DRUG ABUSE PROG COORD

**Institution:** FOM - FORREST CITY MED FCI

---

This writer met with Inmate Antonelli as a result of learning that he had a conflict with a DTS over the sanitation standards in his cell, in which he refused to follow her instruction several times before conforming. This writer learned of the incident not from the DTS, but through a BP8 filed by the inmate stating that he had refused to follow her instruction and claiming that he was harassed. The unit rules were reviewed with Mr. Antonelli and his thinking errors of entitlement and power orientation were discussed. He was receptive to information about unit rules, but attempted to engage in argument about their application to his situation. He was firmly informed that all unit rules apply to him. This writer asked his DTS to add the problem of entitlement to his treatment plan in order to assist him in addressing this ongoing problem.

**LIMITED OFFICIAL USE**

#81

**LIMITED OFFICIAL USE**



# Federal Bureau of Prisons
# Psychology Data System

**Date-Title:** 08-30-2005 - Eval/Rpt - RDAP-Learning Contract

**Reg Number-Name:** 04053-164 - ANTONELLI, MICHAEL    **Unit:**  UNIT B-3

**Author:** ALISON M. LEUKEFELD, Ph.D., DRUG ABUSE PROG COORD

**Institution:** FOM - FORREST CITY MED FCI

---

Mr. Antonelli is assigned FRP refuse status. I attempted to speak with him this morning, in order to better understand his situation. However, this litigious inmate took notes on what I said to the extent that he had to ask me to repeat myself. At that point I asked him to leave. I presented the following learning contract to him this afternoon and explained that it is not acceptable for him to be on FRP refuse status, as it demonstrates a lack of responsibility for paying his debts. He stated that he understood, and signed the contract.

**Learning Contract**

I, Michael Antonelli, understand that participation in the Residential Drug Abuse Program requires a commitment to changing my old ways of thinking and behaving. In order to be successful in recovery from drugs and criminal behavior I have to be responsible, follow through on my positive commitments, and deal with my problems appropriately.

I also realize that I have failed to demonstrate responsibility by not participating in the Financial Responsibility Program and, as a result, was placed on FRP Refusal. I understand that an important part of recovery from drugs and criminality is being responsible to my financial commitments. In order to begin demonstrating my responsibility I will ensure that I make a September payment.

I understand that my lack of responsibility to follow through on my commitments and my attempts to avoid my responsibility will ultimately sabotage my treatment. Therefore, I am willing to undertake the following tasks to improve on my problem area of irresponsibility:

Forfeit my phase pay.

Sign an FRP contract and make a payment in September

Write a five page paper about how I have avoided responsibility in my life through entitlement and criminal behavior.

Ask at least six people for feedback about my efforts to work on my sense of entitlement. I will have them tell me their feedback. Then, I will write down a few sentences that sum up their feedback and ask them to sign their names. Of these six people, two should be treatment staff, two should be work/school/unit team supervisors, and two should be inmates whom I respect. I will bring the feedback that I receive to my primary therapist by

\# 82

9/8/05 and be ready to discuss what I learned.

Be honest with myself about the changes I have to make in order to be
successful in my recovery. Stop trying to do less than is required of me.
Stop trying to avoid my positive commitments.

_____

Michael Antonelli

**LIMITED OFFICIAL USE**

**CHANGE IN DRUG ABUSE STATUS**   CDFRM

DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| 10-19-2005 | |
|---|---|
| Memorandum To | |
| Unit Manager | Unit |
| Mark Tipton | B-2 |
| ISM (re: 3621 (e) only) Lisa Ward | |
| From RDAP Coordinator Alison Leukefeld , Ph.D. | _(signature)_ Ph.D. |

Inmate ___ Antonelli, Michael ___, Register # 04053-164 ___
previously agreed to participate in:

___ Drug Abuse Education
_X_ Residential Drug Abuse Treatment
___ Follow-Up to Residential Drug Abuse Treatment
___ Other

There has been a change in the inmate's participation status.  Please take
the action required as a result of this change.

_X_ The inmate (___DECLINED _ ___WITHDREW  _X_WAS EXPELLED  ___FAILED) the
program indicated above His/Her participation in the program was
voluntary.

___ The inmate (___DECLINED  ___WITHDREW  ___WAS EXPELLED  ___FAILED)
the program indicated above.  The inmate was advised that any failure to
fully complete this activity would result in specific sanctions as
outlined on the Agreement to Participate in the Bureau of Prisons Drug
Abuse Services and in policy.  Please enforce the appropriate sanctions.

___ The inmate (___DECLINED  ___WITHDREW  ___WAS EXPELLED  ___FAILED) the
program indicated above.  The inmate was provisionally found to be
eligible for early release.  However, based on his/her failure to
complete the program, his/her 3621(e) status must be removed.

___ The inmate was found *ineligible for 3621(e) release*.  Please remove
his/her 3621(e) projected release date.  (See comments for reason).

(This form may be replicated via WP)              (This form replaces BP-s767 dtd SEP 03)

#83

...ussed this issue with the inmate and I have made the appropriate ...anges.

...s:

...eated efforts to engage Mr. Antonelli in collaborative treatment through the RDAP have failed as he has ...sisted an adequate and honest exploration of personal problems and treatment goals. Through the course of RDAP programming, Mr Antonelli has demonstrated utter lack of insight and readiness for treatment. Indeed, he asserted this date that he believes he has no problems in need of treatment and that he sees no need for personal improvement. When asked today if he could identify any personal problems in need of attention, Mr Antonelli responded "I can't think of anything." Thus, Mr. Antonelli is expelled from the RDAP due to his lack of readiness for treatment and for his failure to make expected gains, despite repeated efforts to call his attention to problems and engage him in treatment.

| Inmate Signature | Date |
|---|---|
|  |  |

```
original:  Unit Team (Section 4 of the inmate's central file)
copies:    Warden
           Drug Abuse Treatment Coordinator
           Inmate
```

*** When the inmate is participating in the unit-based component of the RDAP, it is the DAP Coordinator's responsibility to forward this form to the ISM, through the Unit Team.  When an inmate completes the unit-based component of the RDAP, it is the Unit Manager's responsiblity to forward this form to the ISM, with a copy to the Warden and the RDAP Coordinator.*

BP₌187.058
FEB 94

**PROGRESS REPORT** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| Institution Name, Address, & Telephone Number | Date |
|---|---|
| FCC Forrest City Medium<br>P.O. Box 7000<br>Forrest City, Arkansas  72336<br>(870) 494-4200 | November 17, 2005 |

**Inmate Reviewed**

| Inmate's Signature | Date | Staff Signature |
|---|---|---|
| COPY | COPY | |

**1.   Type of Progress Report**

| Initial | Statutory Interim | Pre-Release |
|---|---|---|
| ✓Transfer | Triennial | Other: |

| 2.   Inmate's Name | 3.   Register Number | 4.   Age (DOB) |
|---|---|---|
| ANTONELLI, Michael | 04053-164 | 58  (12-04-1946) |

**5.   Present Security/Custody Level**

High/In

**6.   Offense/Violator Offense**



**7.   Sentence**

72 months, 3 years supervised release, $150.00 felony assessment, $5,000.00 fine, $8443.94 Restitution

| 8.   Sentence Began | 9.   Months Served & Jail Credit Time | 10.   Days GCT/or EGT/SGT |
|---|---|---|
| June 24, 2002 | 40 Months + 255 Days JCT | 216 days GCT earned |

| 11.   Days FSGT/WSGT/DGCT | 12.   Projected Release Date/via | 13.   Last USPC Action |
|---|---|---|
| 0/0/0 | 01-03-2007 via Good Conduct Time Release | Denial to Appeal Parole Detainer |

**14.   Detainers/Pending Charges**

Bureau of Prisons, U. S. Parole Commission– Parole Violation

**15.   Co-defendants**
See PSI                                    #84

Record Copy - Inmate File; Copy - U.S. Probation Office; Copy - Parole Commission Regional Office (if applicable); Copy - Inmate
(This form may be replicated via WP)  Replaces all BP-CLASS-3 and BP-187(58) of NOV 90

*PROGRESS REPORT*
ANTONELLI, Michael                    Reg. No. 04053-164                    **November 17, 2005**

---

16. **Institutional Adjustment:** Poor.

a) **Program Plan:** Antonelli arrived at FCC Forrest City Medium on February 3, 2005. His initial classification was conducted at FCC USP Beaumont. Antonelli's unit team recommended he participate in the Financial Responsibility Program (FRP), enroll in the 500 Hour Residential Drug Abuse Program (RDAP), and enroll in a vocational training program. He was transferred to FCC FCI Beaumont - Medium on a lesser security transfer. Antonelli was transferred to FCI El Reno on a drug abuse program transfer. He was immediately transferred to FCC Forrest City - Medium due to no available RDAP cohorts at FCI El Reno. Antonelli's institutional adjustment was marked as poor. According to RDAP staff, repeated efforts to engage Antonelli in collaborative treatment through RDAP failed. He resisted adequate and honest exploration of personal problems and treatment goals. Therefore, Antonelli was expelled from the RDAP program during the final module. The Unit team is requesting a transfer to his parent institution.

b) **Work Assignments:** Antonelli is currently assigned to PM Recreation. He is receiving satisfactory to average work performance evaluations from his detail supervisor. His institutional work history includes Facilities, Correctional Services, Food Service, Educational Services and Unit Orderly.

c) **Educational/Vocational Participation:** Records indicate Antonelli participated/completed the following programs:

```
--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION              START DATE/TIME STOP DATE/TIME
FOM  ESL HAS     ENGLISH PROFICIENT      01-17-1992 1349 CURRENT
FOM  GED HAS     COMPLETED GED OR HS DIPLOMA  02-19-1990 1025 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL  DESCRIPTION              START DATE STOP DATE EVNT AC LV  HRS
FOM       RECREATION ABS CLASS       09-15-2005 CURRENT
FOM       CDL TRUCK 6-7PM W          07-07-2005 CURRENT
FOM       ELECTRICAL REPAIR 6-7PM T  09-06-2005 CURRENT
FOM       RECREATION AEROBICS CLASS  09-15-2005 11-16-2005  P  C  P   18
FOM       RECREATION SPIN BIKE CLASS 09-15-2005 11-12-2005  P  C  P   18
FOM  RDAP INTRODUCATION TO ACRYLIC PAINT 07-24-2005 09-24-2005  P  C  P   16
FOM  RDAP POSITIVE SPEAKING 6-7PM W  07-09-2005 07-21-2005  P  C  P   20
FOM  RDAP REAL ESTATE 7-8PM W        07-09-2005 07-21-2005  P  C  P   20
FOM  RDAP PERSONAL MOVTIVATION 6-7PM T 05-16-2005 07-21-2005  P  C  P   20
FOM  RDAP FREEDOM OF INFO ACT 7-8PM T 07-09-2005 07-21-2005  P  C  P   20
FOM  RDAP RECREATION YOGA CLASS      06-10-2005 07-30-2005  P  C  P   18
FOM  RDAP RECREATION SOUND MIX       04-13-2005 06-24-2005  P  C  P   12
FOM  RDAP INTRODUCTION TO SKETCHING  04-23-2005 06-05-2005  P  C  P   16
FOM  RDAP INTRODUCTION TO WATERCOLOR 04-24-2005 06-05-2005  P  C  P   16
FOM  RDAP RPP ORIENTATION            02-09-2005 02-09-2005  P  C  P    1
ERE  DRUG RPP:PATHWAYS OF LIFE UNIT B 01-10-2005 02-02-2005  P  W  V    2
ERE  DRUG STUDY OF ANC CIVS OF WORLD 10-09-2004 01-20-2005  P  C  P   15
ERE  DRUG RPP:CPR TRAINING - EDUC    01-06-2005 01-14-2005  P  C  P   10
ERE  DRUG UNLEASE THE POWER WITHIN   09-13-2004 01-05-2005  P  C  P   25
ERE  DRUG RPP:MONEY MANAGEMENT       12-20-2004 12-24-2004  P  C  P   10
ERE  DRUG PRNT:PARENTING TEENS (STEP) 12-02-2004 12-17-2004  P  C  P   15
ERE  DRUG BUSINESS STRUCTURES        11-03-2004 12-15-2004  P  C  P   15
ERE  DRUG RPP:RELEASE REQUIREMENTS(SEC5) 12-08-2004 12-08-2004  P  C  P    1
ERE  DRUG RPP:SUPERVISION REQUIRE.(SEC4) 12-08-2004 12-08-2004  P  C  P    2
ERE  DRUG RPP:SOCL/EMPLOY RESRCS (SEC4) 12-08-2004 12-08-2004  P  C  P    2
ERE  DRUG RPP:COMMUNITY RESOURCES(SEC.4) 12-08-2004 12-08-2004  P  C  P    2
ERE  DRUG RPP: CAREER DECISIONS - EDUC 11-01-2004 11-05-2004  P  C  P   10
ERE  DRUG RPP:WRITING EFFECTIVE RESUMES 10-04-2004 10-08-2004  P  C  P   10
ERE  DRUG REAL ESTATE                08-09-2004 10-06-2004  P  C  P   25
ERE  DRUG RPP:WORKPLACE COMMUNIC. SKILLS 09-13-2004 09-17-2004  P  C  P   10
ERE  DRUG A&O FAMILIARIZATION - MAIN 07-22-2004 07-22-2004  P  C  P    7
BMM       ALCOHOLICS ANONYMOUS        05-30-2004 07-16-2004  P  W  V    5
BMP       CORRESPONDENCE COURSE ENROLLED 02-05-2003 05-19-2004  P  W  I   10
```

**PROGRESS REPORT**
ANTONELLI, Michael          **Reg. No. 04053-164**                    **November 17, 2005**

```
BMP          RPP NON RESIDENTIAL DAP        03-31-2004 04-21-2004   P  W  I      3
BMP          ADV COMPUTER M-TH 5:30-8:30PM  12-09-2003 02-27-2004   P  W  V     78
BMP          COMPUTER CLASS M-F 8-11 AM     07-31-2003 02-04-2004   P  C  C    360
BMP          MUTUAL FUNDS, SUN. 1:30 PM     10-05-2003 11-30-2003   P  C  P     15
BMP          20HR.AHA HEART DIS. COURSE     07-14-2003 10-06-2003   P  C  P     30
BMP CODE     CULIARY ARTS,M-F 12:30-3:30    01-22-2003 01-29-2003   P  W  V      3
BMP CODE     BEGINNING LEATHER CLASS        10-07-2002 12-22-2002   P  C  P     30
BMP CODE     BEGINNING ART CLASS            10-08-2002 12-22-2002   P  C  P     30
BMP CODE     PARENTING, TUES-THURS.1230-330 10-09-2002 12-12-2002   P  C  P     24
BMP CODE     SEWING VT: M-F 12:30P-3:30PM   09-20-2002 10-21-2002   P  C  C     60
CCC M        PARENTING                      01-22-2002 03-28-2002   P  C  P     16
```

d) **Counseling Programs:** Completed Drug Education on February 24, 2003.  Expelled from RDAP on October 20, 2005.

e) **Incident Reports:** Antonelli has received the following incident reports during his incarceration with the Federal Bureau of Prisons:

```
REPORT NUMBER/STATUS.: 1352460 - SANCTIONED INCIDENT DATE/TIME: 06-16-2005 1420
UDC HEARING DATE/TIME: 09-14-2005 1647
FACL/UDC/CHAIRPERSON.: FOM/UNIT B-2/HELAIRE
APPEAL CASE NUMBER(S): 392040, 382462, 381767
REPORT REMARKS.......: REHEARING; INMATE ALLOWED TO PRESENT ALL EVIDENCE &
                       WITNESS STATEMENTS.
307  REFUSING TO OBEY AN ORDER - FREQ: 1
LP PHONE   / 60 DAYS / CC
COMP:     LAW:    START 06-20-2005 & END 10-18-2005.
312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
LP COMM    / 60 DAYS / CC
COMP:     LAW:    START 06-20-2005 & END 10-18-2005.
-------------------------------------------------------------------------------
REPORT NUMBER........: 1352460 (REHEARD 09-14-2005 1647)
UDC HEARING DATE/TIME: 06-20-2005 1400
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 370141 - SANCTIONED  INCIDENT DATE/TIME: 10-12-1995 2130
CDC HEARING DATE/TIME: 12-18-1995 1200
FACL/LOC/CHAIRPERSON.: CCH/5SA/PEDERSEN S
APPEAL CASE NUMBER(S): 100584
REPORT REMARKS.......: FOUND GUILTY OF #310.
310  BEING ABSENT FROM ASSIGNMENT - FREQ: 1
FF SGT     / 13 DAYS / CS
COMP:     LAW:    TO PUNISH FOR SERIOUSNESS OF CURRENT INCIDENT, AND
                  TO DETER FUTURE BEHAVIOR OF THIS NATURE.
CDC HEARING DATE/TIME: 12-18-1995 1200    REPORT 370141 CONTINUED
TRANSFER   / CS
COMP:     LAW:    RECOMMEND DISCIPLINARY TRANSFER FOR GREATER
                  SUPERVISION.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 366753 - SANCTIONED  INCIDENT DATE/TIME: 11-03-1995 1259
CDC HEARING DATE/TIME: 12-05-1995 1210
FACL/LOC/CHAIRPERSON.: CCH/5SA/PEDERSEN S
APPEAL CASE NUMBER(S): 99567
REPORT REMARKS.......: NONE.
109  POSSESSING DRUGS OR DRUG ITEMS - FREQ: 1
FF SGT     / 100 DAYS / CS
COMP:     LAW:    TO PUNISH FOR SERIOUSNESS OF CURRENT INCIDENT, AND
                  TO DETER FUTURE BEHAVIOR OF THIS NATURE.
CDC HEARING DATE/TIME: 12-05-1995 1210    REPORT 366753 CONTINUED
TRANSFER   / CS
COMP:     LAW:    RECOMMEND DISCIPLINARY TRANSFER FOR GREATER
                  SUPERVISION.
-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 274811 - SANCTIONED  INCIDENT DATE/TIME: 12-01-1994 1528
DHO HEARING DATE/TIME: 12-15-1994 1020
FACL/CHAIRPERSON.....: CCC/SWIDERSKI
APPEAL CASE NUMBER(S): 84951
```

**PROGRESS REPORT**

**ANTONELLI, Michael**            **Reg. No. 04053-164**            **November 17, 2005**

```
REPORT REMARKS.......: N/A
201  FIGHTING WITH ANOTHER PERSON - FREQ: 1
DS          / 7 DAYS / CS / SUSPENDED 90 DAYS
COMP:    LAW:    7 DAYS D/S SUSPENDED PENDING 90 DAYS CLEAR
                 CONDUCT
DHO HEARING DATE/TIME: 12-15-1994 1020    REPORT 274811 CONTINUED
LOSE PRIV / 14 DAYS / CS
COMP:    LAW:   14 DAYS LOSS OF COMMISSARY PRIVILEGES
```

**f)** **Institutional Movement:**

| Date | Institution | Reason |
|---|---|---|
| 07-30-2002 | FCC USP Beaumont | Initial Designation |
| 05-19-2004 | FCC FCI Beaumont - MED | Lesser Security |
| 02-03-2005 | FCI El Reno | Drug Abuse Program |
| 02-03-2005 | FCC Forrest City - MED | Drug Abuse Program |

There has been no further institutional movement.

17. **Physical and Mental Health:** Antonelli is assigned regular duty status with medical restrictions. No prolonged standing and lower bunk required. He is cleared for Food Service work. He is considered to be employable upon release from federal custody.

18. **Progress on Financial Responsibility Plan:** Antonelli was sentenced by the Northern District of Illinois. He completed his financial obligation on the $150.00 felony assessment on October 21, 2002, on the $105.00 Fine on December 13, 1997, on the $436.53 student loan on September 28, 2005. He is participating in FRP to satisfy the debts owed on his restitution of $7950.51 and his fines of $5, 050.00.

19. **Release Planning:** Antonelli plans to release to his sentencing district. He ineligible for CCC placement due to a detainer with the United States Parole Commission. He will release to detaining authorities.

    a) **Residence:**        To be secured

    b) **Employment:**      To secured through CCC placement

    c) **CUSPO:**
       Sentencing District:
       Richard L. Tracy, Chief
       Northern District of Illinois
       55 East Monroe, Ste. 1500
       Chicago, IL 60603
       (312) 435-5700

    **In accordance with 18 U.S.C. 4042 (B), notification to both state and local law enforcement is required prior to Antonelli's release to the community due to his current conviction of violence and past violence.**

20. **Release Preparation:** Antonelli completed RPP on January 14, 2005.

**PROGRESS REPORT**
**ANTONELLI, Michael**                    Reg. No. 04053-164                                    November 17, 2005

Prepared by:          _____              _____
                      F. Helaire/Case Manager                Date

Date Typed:           November 17, 2005

Reviewed by:          _____              _____
                      M. Tipton/Unit Manager                 Date

U.S. DEPARTMENT OF JUSTICE                                      FEDERAL BUREAU OF PRISONS

---

1. Name of Institutions: **FCC Forrest City-Medium**

Part I - Incident Report

| 2. Name Of Inmate | 3. Register Number | 4. Date Of Incident | 5. Time |
|---|---|---|---|
| **Antonelli, Michael** | **04053-164** | **06-16-2005** | **2:20 P.M.** |

| 6. Place Of Incident | 7. Assignment | 8. Unit |
|---|---|---|
| **B2 Counselor's Office** | **REC WKEND** | **B2 Unit** |

| 9. Incident: | 10. CODE: |
|---|---|
| **Refusing an order of any staff member** | 307 |
| **Insolence towards staff** | 312 |

11. Description of Incident (Date: 06-16-2005 Time: 2:20 P.M.) Staff became aware of incident)
On 06-16-2005 at approximately 2:15 p.m. upon my explaining to inmate Antonelli, Michael # 04053-164 how his financial responsibility contract was being re-formulated based on his deposits for the last six months, he immediately started yelling. "I ain't signing nothing" I explained that I was not asking him to sign anything right now, I just needed to know if he preferred monthly or quarterly payments to be made. He again started yelling with arms flailing stating "my money goes for legal expenses and if you had put me on the Unicor waiting list I'd have more money, I ain't making no FRP payments". I directed inmate Antonelli to stop yelling at which time I informed him that I would have to place him in FRP Refuse. He again started yelling saying "I don't care what you do, I only make 3.00 a month and it's your fault I don't make any money" and walked out of the office. I immediately called Lt. Bell informing him of inmate Antonelli's actions to which he replied to send him to the Lieutenant's office. I stepped out of my office and ordered inmate Antonelli who was in the common area at this time to go to the Lieutenant's office. He returned to my office and started waving his arms and yelling at me again. By this time several inmates had gathered outside my door and were watching. I looked up and ordered inmate Antonelli once again to go to the Lieutenants office. He kept yelling in my direction something about Unicor. I ordered him a third time to go to the Lieutenant's office.

| 12. Signature Of Reporting Employee | Date And Time | 13. Name And Title (Printed) |
|---|---|---|
| *Martha DePoorter* | 06-16-2005 3:30 P.M. | **Martha W. DePoorter, CCC** |

| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident Report Delivered | 16. Time Incident Report Delivered |
|---|---|---|
| *[signature]* | 6-16-05 | 8.50ᵃ |

Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

| 18. A. It Is The Finding Of The Committee That You: | B. _____ The Committee Is Referring The Charge(s) To The DHO For Further Hearing |
|---|---|
| _____ Committed The Following Prohibited Act. | C. _____ The Committee Advised The Inmate Of Its Finding And The Right To File An Appeal Within 15 Calendar Days. |
| _____ Did Not Commit A Prohibited Act. | |

19. Committee Decision Is Based On The Following Information

#85

---

20. Committee Action And/or Recommendation If Referred To DHO (Contingent Upon DHO Finding Inmate Committed Prohibited Act)

```
   FOM3X        *         INMATE FINANCIAL RESPONSIBILITY      *      08-23-2005
PAGE 002 OF 002 *         DISPLAY INMATE FINANCIAL DATA        *      08:59:50

REGNO: 04053-164   NAME:  ANTONELLI, MICHAEL
FRP ASGN: REFUSE       DATE OF MOST RECENT PAYMENT:  06-14-2005

----------------------MOST RECENT CONTRACT INFORMATION----------------------
NUMBER: 9              DATE ADDED: 02-08-2005  BY:  FOM
STATUS: STOPPED        REASON STOPPED: REFUSED

-------------------------MOST RECENT PAYMENT PLAN---------------------------

INMATE DECISION: AGREED       25.00          QUARTERLY      TRUST FUND
ANTICIPATED START:  03-2005    ACTUAL START: 03-2005
REASON DECISION STOPPED: REFUSED
FOR THE FOLLOWING OBLIGATIONS:
            5    7    3    1
-------------------------ALL FINANCIAL OBLIGATIONS-------------------------

   OBLIGATION     AMOUNT IMPOSED        BALANCE        PAYABLE       STATUS
NBR    TYPE

   4 ASSMT            50.00             0.00         IMMEDIATE      COMPLETEDZ
   6 ASSMT           100.00             0.00         IMMEDIATE      COMPLETEDZ
   5 REST FV        8443.94          8067.36         IMMEDIATE      WAIT CTRT
   7 FINE           5000.00          5000.00         IMMEDIATE      WAIT CTRT
   2 FINE ST         105.00             0.00         IMMEDIATE      COMPLETEDZ
   3 FINE ST         100.00            50.00         IMMEDIATE      WAIT CTRT
   1 STDT LOAN       436.53           166.53         IMMEDIATE      WAIT CTRT




G0000        TRANSACTION SUCCESSFULLY COMPLETED
```

#86

BP-S288.052 **INCIDENT REPORT** CI    1
MAY 1994
FEDERAL BUREAU OF PRISONS
U.S. DEPARTMENT OF JUSTICE

*1440394*

### Part I - Incident Report

| 1. Name Of Institution: FCC Forrest City - Medium | | | | |
|---|---|---|---|---|
| 2. Name Of Inmate<br>ANTONELLI, MICHAEL | 3. Register Number<br>04053-164 | | 4. Date Of Incident<br>3/2/06 | 5. Time<br>0900 |
| 6. Place Of Incident<br>VARIOUS | 7. Assignment<br>REC PM 1 | | 8. Unit<br>B-3 | |
| 9. Incident<br>ENCOURAGING A GROUP DEMONSTRATION | | | 10. Code<br>212 | |

11. Description Of Incident (Date: 3/2/06 Time: 0900 Staff become aware of incident)
ON MARCH 2, 2006, AT APPROXIMATELY 0900, I INTERVIEWED INMATES REGARDING A LETTER THAT WAS ADDRESSED TO YOU WHICH WAS REPORTEDLY BEING CIRCULATED TO OTHER INMATES IN THE GENERAL POPULATION. THE INMATES I INTERVIEWED INDICATED THAT YOU GAVE COPIES OF THE LETTER TO THEM IN AN EFFORT TO DISCREDIT TWO STAFF MEMBERS. THE LETTER CONTAINS INFORMATION REGARDING THE STATE PROFESSIONAL LICENSE STATUS OF THE STAFF MEMBERS. UPON CONTACTING THESE STAFF MEMBERS, I WAS INFORMED THAT OTHER INMATES IN THE GENERAL POPULATION HAD CONTACTED THEM AND HAD COPIES OF THE LETTER. BY CIRCULATING THE LETTER TO MULTIPLE INMATES IN THE GENERAL POPULATION, YOU HAVE ENCOURAGED TWO OR MORE PERSONS TO UNITE TO SUPPORT YOUR EFFORT TO DISCREDIT THE STAFF MEMBERS.

| 12. Signature Of Reporting Employee | Date And Time<br>3/2/06 @ 1300 | 13. Name And Title (Printed)<br>J. BALTAZAR, SIA |
|---|---|---|
| 14. Incident Report Delivered To Above Inmate By | 15. Date Incident<br>Report Delivered<br>3-2-06 | 16. time Incident<br>Report Delivered<br>2:05pm |

### Part II - Committee Action

17. Comments Of Inmate To Committee Regarding Above Incident

This Thing is Trumped up.

| 18. A. It Is The Finding Of The Committee That You:<br>_____ Committed The Following Prohibited Act.<br><br>_____ Did Not Commit A Prohibited Act. | B. ___ The Committee Is Referring The Charge(s) To The DHO For Further Hearing.<br>C. ___ The Committee Advised The Inmate Of Its Finding And Of The Right To File An Appeal Within 15 Calendar Days. |
|---|---|

19. Committee Decision Is Based On The Following Information

Refer to DHO

20. Committee action and/or recommendation if referred to DHO (Contingent upon DHO finding inmate committed prohibited act)

Sanction per DHO

21. Date And Time Of Action 3/4/06 2:00pm (The UDC Chairman's Signature Next To His Name Certifies Who Sat On The UDC And That The Completed Report Accurately Reflects The UDC Proceedings.)

S Lon _____          _____ Member (Typed Name)          _____ Member (Typed Name)
Chairman (Typed Name/signature)

Record Copy - Central File Record;  Copy - DHO;  Copy - Inmate After UDC Action;  Copy - Inmate Within 24 Hours Of Part I Preparation
(This Form May Be Replicated Via WP)     # 87     Replaces BP-288(52) Of Jan 88

```
DSC6M   600.00 *          SECURITY/DESIGNATION      *      02-12-2007
PAGE 001        *              DATA                 *      12:43:27
    REGNO: 04053-164   NAME: ANTONELLI, MICHAEL                ORG: DSC
RC/SEX/AGE: W/M/60  FORM D/T: 02-12-2007/1241   RES: LEMONT, IL 60439
OFFN/CHG..: BANK ROBBERY; 18 USC 2113.  72 MONTHS, 3 YEARS SUPV REL.
            PV-BANK ROB, DRUG USE, FAIL TO SUBMIT DG TEST-1639 DAYS REMAIN
CUSTODY..: IN          BIL:             CITIZENSHP: UNITED STATES OF AMERICA
CIM CONS.: SEPARATION                              USM: USP BSY
JUDGE....: MOCOROS     RECFACL/PGM:                          VOLSUR: NO
VS DT/LOC:                      MOS REL: 000   SEVERITY: GREATEST
CHP/CHS/S: 023/10/PSI   VIOLENCE: SERIOUS 5-10 YRS   ESCAPES.: 5-10 YRS MINOR
DETAINER.: NONE        AGE: 55 +     EDUC LV: HS/GED VERIFIED     HGC: 12
DRUG/ALC.: > 5YRS/NVR  TOTAL: 25     SEC LVL: HIGH
PUB SAFTY: GRT SVRTY                 CAR: CARE1               OMDT REF: NO
CCM RMKS.: REVOCATION HEARING REQUIRED NEXT DOCKET. PRIORS '95 ABSCONDED.
           '99 ASSAULT-BURNED VICTIMS HOUSE. EXTENSIVE HISTORY OF
           CONVICTIONS INVOLVING ASSAULT AND VIOLENCE.  LA/H


DESIG: BIG SANDY USP          DSC LA  02-12-2007 RSN: LEVEL  MSL:
MGTV/MVED.:
DESIG RMKS: REVOCATION HEARING REQUIRED NEXT DOCKET. IF REVOKED, REMAIN @
            BSY.


  G0002       MORE PAGES TO FOLLOW . . .
```

\# 88

BSY39          *          PROGRESS REPORT          *       08-03-2006
PAGE                                                       13:21:19

RSP OF: BSY BIG SANDY USP          US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        1197 AIRPORT ROAD
        INEZ, KY 41224
        606 433-2400
NAME: ANTONELLI, MICHAEL          REGNO: 04053-164 AGE(DOB): 59/12-04-1946

| INMATE REVIEWED/SIGNATURE | DATE | STAFF SIGNATURE |
|---|---|---|
| U.P. michael Antonelli | 8 3 06 | |

TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER ___ OTHER: _____

PRESENT SECURITY/CUSTODY LEVEL:
   HIGH    /IN

OFFENSE/VIOLATOR OFFENSE:
SENTENCE IMPOSED AND TERM OF SUPERVISION:

 BANK ROBBERY
 T18USC2113(A)
    72 MONTHS                    /    3 YEARS

DATE COMPUTATION BEGAN: 06-24-2002

| DAYS FSGT/WSGT/DGCT: | DAYS GCT OR EGT/SGT: | MONTHS SERVED: |
|---|---|---|
| | | + JAIL CREDIT - INOP TIME |
| 0    /0    /27 | 216 | M:      49 D: 11 |
| | | + 255     JC - 0       INOP |

PROJECTED RELEASE DATE: 01-27-2007 | PROJECTED RELEASE METHOD: GCT REL

DETAINERS/PENDING CHARGES:
BUREAU OF PRISONS
        PAROLE VIOLATION

CO-DEFENDANTS: (LIST CO-DEFENDANTS, SENTENCE LENGTH AND PAROLE ACTION IF
PAROLABLE)

DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                 BP-CLASS-3

# 89

------------------------ INSTITUTIONAL ADJUSTMENT ------------------------

MR. ANTONELLI'S INSTITUTIONAL ADJUSTMENT HAS BEEN RATED AS POOR BY HIS PREVIOUS
INSTITUTION. THIS IS DUE TO THE NUMBER OF INCIDENT REPORTS HE RECEIVED WHILE BEING HOUSED
AT THAT FACILITY. SINCE HIS ARRIVAL AT USP BIG SANDY, ANTONELLI HAS BEEN RESPECTFUL OF
STAFF AND THE RULES AND REGULATIONS.

A. PROGRAM PLAN: AT HIS INITIAL PROGRAM REVIEW AND DURING SUBSEQUENT PROGRAM REVIEWS.
MR. ANTONELLI WAS ENCOURAGED TO PARTICIPATE IN EDUCATIONAL AND SELF HELP PROGRAMS. HE WAS
INSTRUCTED TO ABIDE BY THE RULES AND REGULATIONS AND SAVE MONEY FOR RELEASE PURPOSES.

B. WORK ASSIGNMENTS: MR. ANTONELLI HAS BEEN ASSIGNED TO THE FOLLOWING WORK DETAILS
DURING THIS PERIOD OF INCARCERATION. HE HAS LEARNED JOB SKILLS IN THE JANITORIAL AND
MAINTENANCE FIELDS.

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|------|------|------|------|------|
| BSY | ORD CORR A | CORRIDOR ORDERLY AM | 07-20-2006 | CURRENT |
| BSY | A&O | ADMISSION & ORIENTATION | 06-20-2006 | 07-19-2006 |
| FOM | SHU | UNASSIGNED IN SHU | 03-02-2006 | 05-15-2006 |
| FOM | REC PM 1 | REC PM 1 | 11-14-2005 | 03-02-2006 |
| FOM | REC WKEND | REC WKEND | 06-29-2005 | 11-14-2005 |
| FOM | UNASSIGNED | UNASSIGNED | 06-16-2005 | 06-29-2005 |
| FOM | REC WKEND | REC WKEND | 05-04-2005 | 06-16-2005 |
| FOM | REC PM 2 | REC PM 2 | 02-16-2005 | 05-04-2005 |
| FOM | UNASSIGNED | UNASSIGNED | 02-09-2005 | 02-16-2005 |
| FOM | F A&O | ADMISSION & ORIENTATION | 02-03-2005 | 02-09-2005 |
| ERE | VACATION | VACATION | 01-27-2005 | 02-03-2005 |
| ERE | MD T 09 | MACHINE DYE & TOOL 09 X373 | 09-02-2004 | 01-27-2005 |
| ERE | LIN SERVER | LINE SERVERS 280 | 08-22-2004 | 09-02-2004 |
| ERE | PM DINING | FOOD SERVICE  X281 | 08-17-2004 | 08-22-2004 |
| ERE | LIBRARY | LIBRARY X278 | 07-20-2004 | 08-17-2004 |
| BMM | REC G 3 | RECREATION GROUP 3 | 06-05-2004 | 07-13-2004 |
| BMM | A&O | ADMISSION & ORIENTATION | 05-19-2004 | 06-02-2004 |
| BMP | CMPND EW | CORRECTIONAL SVCS. DETAIL | 10-23-2003 | 05-19-2004 |
| BMP | HVAC SHP2 | HEAT/VENT/AIR COND SHOP 2 | 10-21-2003 | 10-23-2003 |
| BMP | CMPND EW | CORRECTIONAL SVCS. DETAIL | 09-15-2003 | 10-21-2003 |
| BMP | CMPND EW | CORRECTIONAL SVCS. DETAIL | 09-15-2003 | 09-15-2003 |

C. EDUCATIONAL/VOCATIONAL PARTICIPATION: MR. ANTONELLI HAS COMPLETED THE FOLLOWING
EDUCATIONAL/VOCATIONAL COURSES DURING THIS PERIOD OF INCARCERATION:
------------------------- EDUCATION INFORMATION -------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|------|------|------|------|
| BSY | ESL HAS | ENGLISH PROFICIENT | 01-17-1992 1349 | CURRENT |
| BSY | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-19-1990 1025 | CURRENT |

```
---------------------------- EDUCATION COURSES ----------------------------
SUB-FACL   DESCRIPTION                 START DATE STOP DATE  EVNT AC LV   HRS
BSY        DRUG/ALCOHOL ABUSE;M;6:30   07-13-2006 CURRENT
BSY        RPP 6/BEG PARENT/W/12:30/LOTT 07-24-2006 CURRENT
BSY        MARKETING,T,6-8 PM          07-10-2006 CURRENT
BSY        OSHA CERTIFICATION,W,6PM    07-10-2006 CURRENT
BSY        RES ELECT-EXP;R&F;12:30;JORDAN 08-01-2006 CURRENT
BSY        P FITNESS TRAINER;F;2:00;RT 07-21-2006 CURRENT
BSY        ELL LAW LIB ORIENTATION     07-28-2006 07-28-2006  P   C  P    1
FOM        ADVANCED SKETCHING          12-15-2005 03-06-2006  P   C  P   12
FOM        RECREATION BEGINNING DRUMS  09-28-2005 12-24-2005  P   C  P   12
FOM        ELECTRICAL REPAIR 6-7PM T   09-06-2005 11-15-2005  P   C  P   10
FOM        CDL TRUCK 6-7PM W           07-07-2005 11-16-2005  P   C  P   10
FOM        RECREATION ABS CLASS        09-15-2005 11-17-2005  P   C  P   18
FOM        RECREATION AEROBICS CLASS   09-15-2005 11-16-2005  P   C  P   18
FOM        RECREATION SPIN BIKE CLASS  09-15-2005 11-12-2005  P   C  P   18
FOM RDAP   INTRODUCATION TO ACRYLIC PAINT 07-24-2005 09-24-2005 P  C  P   16
FOM RDAP   POSITIVE SPEAKING 6-7PM W   07-09-2005 07-21-2005  P   C  P   20
FOM RDAP   REAL ESTATE 7-8PM W         07-09-2005 07-21-2005  P   C  P   20
FOM RDAP   PERSONAL MOVTIVATION 6-7PM T 05-16-2005 07-21-2005 P   C  P   20
FOM RDAP   FREEDOM OF INFO ACT 7-8PM T 07-09-2005 07-21-2005  P   C  P   20
FOM RDAP   RECREATION YOGA CLASS       06-10-2005 07-30-2005  P   C  P   18
FOM RDAP   RECREATION SOUND MIX        04-13-2005 06-24-2005  P   C  P   12
FOM RDAP   INTRODUCTION TO SKETCHING   04-23-2004 06-05-2005  P   C  P   16
FOM RDAP   INTRODUCTION TO WATERCOLOR  04-24-2004 06-05-2005  P   C  P   16
FOM RDAP   RPP ORIENTATION             02-09-2005 02-09-2005  P   C  P    1
ERE DRUG   RPP:PATHWAYS OF LIFE UNIT B 01-10-2005 02-02-2005  P   W  V    2
ERE DRUG   STUDY OF ANC CIVS OF WORLD  10-09-2004 01-20-2005  P   C  P   15
ERE DRUG   RPP:CPR TRAINING - EDUC     01-06-2005 01-14-2005  P   C  P   10
ERE DRUG   UNLEASE THE POWER WITHIN    09-13-2004 01-05-2005  P   C  P   25
ERE DRUG   RPP:MONEY MANAGEMENT        12-20-2004 12-24-2004  P   C  P   10
ERE DRUG   PRNT:PARENTING TEENS (STEP) 12-02-2004 12-17-2004  P   C  P   15
ERE DRUG   BUSINESS STRUCTURES         11-03-2004 12-15-2004  P   C  P   15
ERE DRUG   RPP:RELEASE REQUIREMENTS(SEC5) 12-08-2004 12-08-2004 P C  P    1
ERE DRUG   RPP:SUPERVISION REQUIRE.(SEC4) 12-08-2004 12-08-2004 P C  P    2
ERE DRUG   RPP:SOCL/EMPLOY RESRCS (SEC4) 12-08-2004 12-08-2004 P  C  P    2
ERE DRUG   RPP:COMMUNITY RESOURCES(SEC.4) 12-08-2004 12-08-2004 P C  P    2
ERE DRUG   RPP: CAREER DECISIONS - EDUC 11-01-2004 11-05-2004 P  C  P   10
ERE DRUG   RPP:WRITING EFFECTIVE RESUMES 10-04-2004 10-08-2004 P C  P   10
ERE DRUG   REAL ESTATE                 08-09-2004 10-06-2004  P   C  P   25
ERE DRUG   RPP:WORKPLACE COMMUNIC. SKILLS 09-13-2004 09-17-2004 P C  P   10
ERE DRUG   A&O FAMILIARIZATION - MAIN  07-22-2004 07-22-2004  P   C  P    7
BMM        ALCOHOLICS ANONYMOUS        05-30-2004 07-16-2004  P   W  V    5
BMP        RPP NON RESIDENTIAL DAP     03-31-2004 04-21-2004  P   W  I    3
BMP        ADV COMPUTER M-TH 5:30-8:30PM 12-09-2003 02-27-2004 P  W  V   78
BMP        MUTUAL FUNDS, SUN. 1:30 PM  10-05-2003 11-30-2003  P   C  P   15
```

D.  COUNSELING PROGRAMS: MR. ANTONELLI SEEKS INDIVIDUAL COUNSELING ON AN AS NEEDED BASIS.


E.  INCIDENT REPORTS: MR. ANTONELLI HAS RECEIVED THE FOLLOWING INCIDENT REPORTS DURING THIS PERIOD OF INCARCERATION:

```
-------------------------------------------------------------------------------
UDC HEARING DATE/TIME: 03-31-2006 1240    INCIDENT DATE/TIME: 03-29-2006 1404
APPEAL CASE NUMBER(S): 411066
    410  USING MAIL W/O AUTH - FREQ: 1
         LP COMM    / 30 DAYS / CS
         COMP:   LAW:   LOSS OF COMMISSARY FOR 30 DAYS STARTING
                        04-01-06 ENDING 04-30-06
-------------------------------------------------------------------------------
DHO HEARING DATE/TIME: 03-29-2006 0830    INCIDENT DATE/TIME: 03-02-2006 0900
APPEAL CASE NUMBER(S): 411235
    212  ENGAGING IN GROUP DEMONSTRATON - FREQ: 1
         DIS GCT    / 27 DAYS / CS
         COMP:080 LAW:P   DISALLOW 27 DAYS OF GOOD CONDUCT TIME
         DS         / 30 DAYS / CS
         COMP:   LAW:    30 DAYS DISCIPLINARY SEGREGATION
         LP PHONE   / 180 DAYS / CS
         COMP:   LAW:   LOSE TELEPHONE PRIVILEGES THROUGH 9/24/06
-------------------------------------------------------------------------------
UDC HEARING DATE/TIME: 09-14-2005 1647    INCIDENT DATE/TIME: 06-16-2005 1420
APPEAL CASE NUMBER(S): 392040, 382462, 381767
    307  REFUSING TO OBEY AN ORDER - FREQ: 1
         LP PHONE   / 60 DAYS / CC
         COMP:   LAW:    START 06-20-2005 & END 10-18-2005.
    312  BEING INSOLENT TO STAFF MEMBER - FREQ: 1
         LP COMM    / 60 DAYS / CC
         COMP:   LAW:    START 06-20-2005 & END 10-18-2005.
-------------------------------------------------------------------------------
UDC HEARING DATE/TIME: 06-20-2005 1400
```

F.  INSTITUTIONAL MOVEMENT:

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| BSY | A-DES | TRANSFER RECEIVED | 06-20-2006 |
| FOM | A-DES | TRANSFER RECEIVED | 02-03-2005 |
| ERE DRUG | A-DES | TRANSFER RECEIVED | 07-14-2004 |
| BMM | A-DES | TRANSFER RECEIVED | 05-19-2004 |
| BMP | A-DES | OTHER AUTH ABSENCE RETURN | 09-15-2003 |
| BMP | A-DES | OTHER AUTH ABSENCE RETURN | 09-15-2003 |

G.  PHYSICAL AND MENTAL HEALTH: MR. ANTONELLI HAS NO SIGNIFICANT EMOTIONAL OR PHYSICAL HANDICAPS.  HE SHOULD BE CONSIDERED FULLY EMPLOYABLE UPON RELEASE.

H.  PROGRESS ON FINANCIAL RESPONSIBILITY PLAN: MR. ANTONELLI HAS A BALANCE OF $7951.00, TOWARDS HIS COURT ORDERED RESTITUTION.  HE WILL CONTINUE MAKING PAYMENT TOWARDS COMPLETION OF THIS OBLIGATION WHILE ON SUPERVISION.

```
FRP ASSIGNMENT                              START DATE
PART            FINANC RESP-PARTICIPATES    06-22-2006
```

I.  RELEASE PREPARATION PROGRAM & RELEASE PLANS: MR. ANTONELLI HAS COMPLETED THE INSTITUTIONAL AND UNIT BASED PRE-RELEASE PROGRAMS.  HE HAS NOT SOLIDIFIED RELEASE PLANS BECAUSE HE IS BEING RELEASED TO A DETAINER, WHICH HAS BEEN LODGED AGAINST HIM FOR A PAROLE VIOLATION WITH THE UNITED STATES PAROLE COMMISSION.

```
CMA ASSIGNMENT (REL PREP)                        START DATE
RPP COMPLT       RELEASE PREP PGM COMPLETE       01-14-2005
RPP UNT C        RELEASE PREP UNIT PGM COMPLETE  01-18-2006
```

PRE-RELEASE PREP DATE: NOT APPLICABLE.

RESIDENCE: TO BE SECURED

EMPLOYMENT: TO BE SECURED

```
USPO: RICHARD L. TRACY, CHIEF
      NORTHERN DISTRICT OF ILLINOIS
      55 EAST MOORE, SUITE 1500
      CHICAGO, IL 60603
      312-435-5700
```

J. RELEASE NOTIFICATIONS:

OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B)

DUE TO:

CURRENT CONVICTION FOR A CRIME OF VIOLENCE
PRIOR CONVICTION FOR A CRIME OF VIOLENCE

18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C)
DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

    ( ) YES  ( ) NO

    18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE
    COMMUNITY

DNA TEST STATUS: FOM00005
    DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: _____  CASE MANAGER (DATE) 8/3/06
    B LOWER    MELISSA PARR X1506

DATE TYPED: 8/3/6 _____

REVIEWED BY: _____  UNIT MANAGER (DATE) 8/3/06
    B UNIT    T. PAZENBAKER, X1502/1516

BSY39            *            PROGRESS REPORT              *        02-25-2007
PAGE                                                                12:01:00

RSP OF: BSY BIG SANDY USP
        1197 AIRPORT ROAD          US DEPARTMENT OF JUSTICE BUREAU OF PRISONS
        INEZ, KY 41224
        606 433-2400
NAME: ANTONELLI, MICHAEL          REGNO: 04053-164 AGE(DOB): 60/12-04-1946

| ~~INMATE~~ REVIEWED/SIGNATURE<br>*Provided copy to revew* | DATE<br>02-25-07 | STAFF SIGNATURE |
|---|---|---|

TYPE OF PROGRESS REPORT:
INITIAL ___ SIH ___ TRIENNIAL ___ PRE-RELEASE ___ TRANSFER ___ OTHER: _P.V. HNG

PRESENT SECURITY/CUSTODY LEVEL:
   HIGH     /IN

PROJECTED RELEASE DATE: UNKNOWN    | PROJECTED RELEASE METHOD: UNKNOWN

DETAINERS/PENDING CHARGES:
NONE ON FILE

CO-DEFENDANTS: (LIST CO-DEFENDANTS, SENTENCE LENGTH AND PAROLE ACTION IF
PAROLABLE)


DISTRIBUTION: ORIGINAL TO INMATE, COPY TO USPO, COPY TO USPC
              CENTRAL FILE - SECTION TWO                 BP-CLASS-3


(INSTRUCTIONS: EXHAUSTIVE RESEARCH IS REQUIRED AND IS TO BE COMPREHENSIVE IN
EACH SECTION.  THIS REPORT IS TO REFLECT AN EVALUATION OF THE INMATE'S PAST
STATUS, AN ASSESSMENT OF HIS/HER CURRENT STATUS, AND POTENTIAL FOR FUTURE
PERFORMANCE.)

*SIGNED (BACKDATED) and handed*
*to me by Ms Parr on 3/26/07*

*Michael Antonelli*


*#90*

------------------------ INSTITUTIONAL ADJUSTMENT -------------------------
MR. ANTONELLI HAS MADE A GOOD ADJUSTMENT TO INCARCERATION SINCE HIS ARRIVAL AT USP
BIG SANDY, KENTUCKY. THE UNIT TEAM DO NOT VIEW HIM AS A MANAGEMENT PROBLEM. HE IS
RESPECTFUL OF STAFF'S AUTHORITY AND ASSISTS OTHER INMATES IN ADJUSTING TO RULES AND
REGULATIONS. MR. ANTONELLI IS RESPONSIBLE, RELIABLE, AND A SELF-MOTIVATED
INDIVIDUAL. HIS OVERALL PROGRAM ACHIEVEMENT SINCE HIS ARRIVAL AT USP BIG SANDY IS
RATED AS SATISFACTORY. MR. ANTONELLI HAS NOTED TO HIS UNIT TEAM THAT HE BELIEVES
THERE IS A DISCREPANCY IN HIS SECURITY DESIGNATION DATA INFORMATION. MR. ANTONELLI
IS CHALLENGING THE STATEMENT ABOUT HIM BURNING HIS VICTIMS' HOUSE IN 1992. THE PRE-
SENTENCE INVESTIGATION DOES NOT INDICATE THAT ANTONELLI ACTUALLY BURNED THE VICTIMS
HOUSE, BUT THREATENED TO DO SO DURING A PHONE CONVERSATION.

A. PROGRAM PLAN:
AT MR. ANTONELLI'S INITIAL CLASSIFICATION AND SUBSEQUENT PROGRAM REVIEWS, THE UNIT
TEAM RECOMMENDED HE PARTICIPATE IN THE FOLLOWING PROGRAMS: DRUG EDUCATION,
INDIVIDUAL AND GROUP COUNSELING, RELIGIOUS SERVICE GROUP OF CHOICE, AND THE
VOCATIONAL/EDUCATIONAL TRAINING PROGRAMS IN ORDER TO INCREASE HIS ACADEMIC SKILLS.
HE WAS ALSO ENCOURAGED TO SAVE MONEY IN FOR RELEASE PURPOSES. HE WAS INSTRUCTED TO
ABIDE BY THE RULES AND REGULATIONS OF THIS FACILITY, AND MAINTAIN ACCEPTABLE LEVELS
OF UNIT SANITATION. SUBSEQUENT REVIEWS INDICATED HE MET EXCEEDED THESE
EXPECTATIONS.

B. WORK ASSIGNMENTS: MR. ANTONELLI HAS OBTAINED JOB SKILLS IN THE JANITORIAL, ,
FOOD SERVICE, MAINTENANCE, AND CLERICAL FIELDS DURING THIS PERIOD OF INCARCERATION.

| INST | WORK ASSIGNMENT | | START DATE | STOP DATE |
|------|-----------------|--|------------|-----------|
| BSY | PRE-IND | PRE-IND | 02-02-2007 | CURRENT |
| BSY | EDUC CLK A | EDUCATION CLERK AM | 01-30-2007 | 02-02-2007 |
| BSY | A&O | ADMISSION & ORIENTATION | 01-26-2007 | 01-30-2007 |
| BSY | EDUC CLK A | EDUCATION CLERK AM | 10-06-2006 | 01-26-2007 |
| BSY | ORD CORR A | CORRIDOR ORDERLY AM | 07-20-2006 | 10-06-2006 |
| BSY | A&O | ADMISSION & ORIENTATION | 06-20-2006 | 07-19-2006 |
| FOM | SHU | UNASSIGNED IN SHU | 03-02-2006 | 05-15-2006 |
| FOM | REC PM 1 | REC PM 1 | 11-14-2005 | 03-02-2006 |
| FOM | REC WKEND | REC WKEND | 06-29-2005 | 11-14-2005 |
| FOM | UNASSIGNED | UNASSIGNED | 06-16-2005 | 06-29-2005 |
| FOM | REC WKEND | REC WKEND | 05-04-2005 | 06-16-2005 |
| FOM | REC PM 2 | REC PM 2 | 02-16-2005 | 05-04-2005 |
| FOM | UNASSIGNED | UNASSIGNED | 02-09-2005 | 02-16-2005 |
| FOM | F A&O | ADMISSION & ORIENTATION | 02-03-2005 | 02-09-2005 |
| ERE | VACATION | VACATION | 01-27-2005 | 02-03-2005 |
| ERE | MD T 09 | MACHINE DYE & TOOL 09 X373 | 09-02-2004 | 01-27-2005 |
| ERE | LIN SERVER | LINE SERVERS 280 | 08-22-2004 | 09-02-2004 |
| ERE | PM DINING | FOOD SERVICE  X281 | 08-17-2004 | 08-22-2004 |
| ERE | LIBRARY | LIBRARY X278 | 07-20-2004 | 08-17-2004 |
| BMM | REC G 3 | RECREATION GROUP 3 | 06-05-2004 | 07-13-2004 |
| BMM | A&O | ADMISSION & ORIENTATION | 05-19-2004 | 06-02-2004 |

C.  EDUCATIONAL/VOCATIONAL PARTICIPATION: MR. ANTONELLI HAS COMPLETED THE FOLLOWING
EDUCATIONAL/VOCATIONAL PROGRAMS DURING THIS PERIOD OF INCARCERATION.  HIS
PARTICIPATION IN EDUCATIONAL/VOCATIONAL PROGRAMS IS CONSIDERED EXCEPTOINAL.

-------------------------- EDUCATION INFORMATION --------------------------

| FACL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|------|-----------|-------------|-----------------|----------------|
| BSY | ESL HAS | ENGLISH PROFICIENT | 01-17-1992 1349 | CURRENT |
| BSY | GED HAS | COMPLETED GED OR HS DIPLOMA | 02-19-1990 1025 | CURRENT |

```
----------------------------- EDUCATION COURSES -----------------------------
SUB-FACL   DESCRIPTION                  START DATE STOP DATE  EVNT AC LV   HRS
BSY        EXP COMPUTER SKILLS,R&F,7:30A 01-18-2007 CURRENT
BSY        BEGINING GUITAR;R;6:00PM      01-02-2007 CURRENT
BSY        NUTRITION,T&R,9-1030AM;TB     02-05-2007 CURRENT
BSY        BEG PASTELS;R;6:30-8:30;JB    01-18-2007 CURRENT
BSY        BEG AEROBICS;T&R;2-3:30;TB    02-05-2007 CURRENT   P    C  P
BSY        JOB FAIR-INTERVIEW            02-01-2007 02-01-2007 P    C  P     4
BSY        JOB FAIR-INFORMATIONAL        02-01-2007 02-01-2007 P    C  P     4
BSY        RPP 2/USP JOB FAIR /R         02-02-2007 02-02-2007 P    C  P     8
BSY        KEYBOARDING, SELF STUDY       09-06-2006 02-07-2007 P    C  P    75
BSY        A & P,JOB SKILLS SURVEY       01-08-2007 01-09-2007 P    C  P     8
BSY        BEGINNING SPANISH,M,6P        10-02-2006 12-22-2006 P    C  P    24
BSY        P FITNESS TRAINER;F;2:00;RT   09-01-2006 12-23-2006 P    C  E    12
BSY        BEG CROCHET,T&R,12:30-2:00;TB 10-17-2006 12-12-2006 P    C  P    30
BSY        MAJ APP REPR;T&W;9:00;VJORDAN 08-22-2006 12-22-2006 P    C  E    75
BSY        RES ELECT-EXP;R&F;12:30;JORDAN 08-01-2006 09-30-2006 P   C  E   100
BSY        RPP6/BEG PARENT/W/12:30/LOTT  07-24-2006 08-28-2006 P    C  P    30
BSY        DRUG/ALCOHOL ABUSE;M;6:30      07-13-2006 09-27-2006 P    C  P    24
BSY        MARKETING,T,6-8 PM            07-10-2006 09-27-2006 P    C  P    24
BSY        OSHA CERTIFICATION,W,6PM      07-10-2006 09-27-2006 P    C  P    24
BSY        BEG CERAMICS,T&R,12:30-2:00,TB 08-15-2006 09-12-2006 P   C  P    12
BSY        YOUR STRATEGIC FUTURE         09-18-2006 09-19-2006 P    C  P     8
BSY        CSSF-FINANCE SEMINAR          08-25-2006 08-25-2006 P    C  P     2
BSY        CSSF-HEALTH SEMINAR           08-25-2006 08-25-2006 P    C  P     2
BSY        RPP 6/USP SOCIAL SVCS FAIR/F  08-25-2006 08-25-2006 P    C  P     4
BSY        COMP LEARNING CENTER ORIEN    08-20-2006 08-20-2006 P    C  P     1
BSY        ELL LAW LIB ORIENTATION       07-28-2006 07-28-2006 P    C  P     1
FOM        ADVANCED SKETCHING            12-15-2005 03-06-2006 P    C  P    12
FOM        RECREATION BEGINNING DRUMS    09-28-2005 12-24-2005 P    C  P    12
FOM        ELECTRICAL REPAIR 6-7PM T     09-06-2005 11-15-2005 P.   C  P    10
FOM        CDL TRUCK 6-7PM W             07-07-2005 11-16-2005 P    C  P    10
FOM        RECREATION ABS CLASS          09-15-2005 11-17-2005 P    C  P    18
FOM        RECREATION AEROBICS CLASS     09-15-2005 11-16-2005 P    C  P    18
FOM        RECREATION SPIN BIKE CLASS    09-15-2005 11-12-2005 P    C  P    18
FOM RDAP   INTRODUCTION TO ACRYLIC PAINT 07-24-2005 09-24-2005 P    C  P    16
FOM RDAP   POSITIVE SPEAKING 6-7PM W     07-09-2005 07-21-2005 P    C  P    20
FOM RDAP   REAL ESTATE 7-8PM W           07-09-2005 07-21-2005 P    C  P    20
FOM RDAP   PERSONAL MOVTIVATION 6-7PM T  05-16-2005 07-21-2005 P    C  P    20
FOM RDAP   FREEDOM OF INFO ACT 7-8PM T   07-09-2005 07-21-2005 P    C  P    20
FOM RDAP   RECREATION YOGA CLASS         06-10-2005 07-30-2005 P    C  P    18
FOM RDAP   RECREATION SOUND MIX          04-13-2005 06-24-2005 P    C  P    12
FOM RDAP   INTRODUCTION TO SKETCHING     04-23-2004 06-05-2005 P    C  P    16
FOM RDAP   INTRODUCTION TO WATERCOLOR    04-24-2004 06-05-2005 P    C  P    16
FOM RDAP   RPP ORIENTATION               02-09-2005 02-09-2005 P    C  P     1
ERE DRUG   RPP:PATHWAYS OF LIFE UNIT B   01-10-2005 02-02-2005 P    W  V     2
ERE DRUG   STUDY OF ANC CIVS OF WORLD    10-09-2004 01-20-2005 P    C  P    15
ERE DRUG   RPP:CPR TRAINING - EDUC       01-06-2005 01-14-2005 P    C  P    10
ERE DRUG   UNLEASE THE POWER WITHIN      09-13-2004 01-05-2005 P    C  P    25
ERE DRUG   RPP:MONEY MANAGEMENT          12-20-2004 12-24-2004 P    C  P    10
ERE DRUG   PRNT:PARENTING TEENS (STEP)   12-02-2004 12-17-2004 P    C  P    15
ERE DRUG   BUSINESS STRUCTURES           11-03-2004 12-15-2004 P    C  P    15
ERE DRUG   RPP:RELEASE REQUIREMENTS(SEC5) 12-08-2004 12-08-2004 P   C  P     1
ERE DRUG   RPP:SUPERVISION REQUIRE.(SEC4) 12-08-2004 12-08-2004 P   C  P     2
ERE DRUG   RPP:SOCL/EMPLOY RESRCS (SEC4) 12-08-2004 12-08-2004 P    C  P     2
ERE DRUG   RPP:COMMUNITY RESOURCES(SEC.4) 12-08-2004 12-08-2004 P   C  P     2
ERE DRUG   RPP: CAREER DECISIONS - EDUC  11-01-2004 11-05-2004 P    C  P    10
ERE DRUG   RPP:WRITING EFFECTIVE RESUMES 10-04-2004 10-08-2004 P    C  P    10
ERE DRUG   REAL ESTATE                   08-09-2004 10-06-2004 P    C  P    25
ERE DRUG   RPP:WORKPLACE COMMUNIC. SKILLS 09-13-2004 09-17-2004 P   C  P    10
ERE DRUG   A&O FAMILIARIZATION - MAIN    07-22-2004 07-22-2004 P    C  P     7
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| BMM | ALCOHOLICS ANONYMOUS | 05-30-2004 | 07-16-2004 | P | W | V | 5 |
| BMP | RPP NON RESIDENTIAL DAP | 03-31-2004 | 04-21-2004 | P | W | I | 3 |

D.  COUNSELING PROGRAMS: MR. ANTONELLI SEEKS INDIVIDUAL COUNSELING ON AN AS NEEDED BASIS.

E.  INCIDENT REPORTS:

   NO DISCIPLINARY INFRACTIONS INCURRED DURING THIS REPORTING TIME.

F.  INSTITUTIONAL MOVEMENT:

| INSTITUTION | ASSIGNMENT | REASON FOR MOVEMENT | EFFECTIVE DATE |
|---|---|---|---|
| BSY | A-DES | NO J&C-MVMT INFO NOT AVAILABLE | 02-28-2007 |
| BSY | A-DES | TRANSFER RECEIVED | 06-20-2006 |
| FOM | A-DES | TRANSFER RECEIVED | 02-03-2005 |
| ERE DRUG | A-DES | TRANSFER RECEIVED | 07-14-2004 |
| BMM | A-DES | TRANSFER RECEIVED | 05-19-2004 |

G.  PHYSICAL AND MENTAL HEALTH: MR. ANTONELLI HAS NO SIGNIFICANT MENTAL OR PHYSICAL HEALTH PROBLEMS.  HE SHOULD BE CONSIDERED FULLY EMPLOYEABLE UPON RELEASE.

H.  PROGRESS ON FINANCIAL RESPONSIBILITY PLAN:

| FRP ASSIGNMENT | | START DATE |
|---|---|---|
| EXEMPT TMP | FINANC RESP-TEMPORARILY EXEMPT | 02-08-2007 |

I.  RELEASE PREPARATION PROGRAM & RELEASE PLANS: MR. ANTONELLI HAS COMPLETED BOTH THE INSTITUTIONAL AND UNIT BASED PRE-RELEASE PROGRAMS.  BECAUSE HE RELEASED FROM HIS FEDERAL SENTENCE TO THE USPC DETAINER, RELEASE PLANS HAVE NOT BEEN SOLIDIFIED.

| CMA ASSIGNMENT (REL PREP) | | START DATE |
|---|---|---|
| RPP COMPLT | RELEASE PREP PGM COMPLETE | 01-14-2005 |
| RPP UNT C | RELEASE PREP UNIT PGM COMPLETE | 01-18-2006 |

   PRE-RELEASE PREP DATE: _N/A

   RESIDENCE: TO BE DETERMINED

   EMPLOYMENT: TO BE DETERMINED

   USPO: NOT A PRE-RELEASE PROGRESS REPORTS.

J.  RELEASE NOTIFICATIONS:

   OFFENDER IS SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(B) DUE TO:
        CURRENT CONVICTION FOR A CRIME OF VIOLENCE
        PRIOR CONVICTION FOR A CRIME OF VIOLENCE

        18 USC 4042(B) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY WITH SUPERVISION

   IS OFFENDER SUBJECT TO RELEASE NOTIFICATION PROVISIONS UNDER 18 USC 4042(C) DUE TO A CONVICTION FOR CERTAIN SEXUAL OFFENSES.

        ( ) YES  ( ) NO

        18 USC 4042(C) NOTIFICATIONS APPLY TO INMATES RELEASING TO THE COMMUNITY

DNA TEST STATUS: FOM00005

DNA TESTING APPLIES TO INMATES WITH A QUALIFYING OFFENSE

DICTATED BY: _____ CASE MANAGER (DATE) 2-25-07
B2          CSW, MPARR, EXT 1506

DATE TYPED: 2.25-07

REVIEWED BY: _____ UNIT MANAGER (DATE) 2-25-07
B UNIT    UNT MGR TFAZENBAKER, EXT 1502