UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI, )
                      )
            Plaintiff, )
                      )
      v               )   Case No.  07-2016 (CKK)
                      )
FEDERAL BUREAU OF PERISONS,etal,)
                      )
            Defendants. )

## MEMORANDUM IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGEMENT

   Pursuant to Rule 56(b) of the Federal Rules of Civil Procedure, Plaintiff, Michael Antonelli, Pro Se, respectfully moves this Court to grant partial summary judgement.
   In support of this motion, Plaintiff Michael Antonelli refers the Court to the Statement of Material Facts Not In Genuine Dispute submitted under separate cover and the exhibits attached thereto as well as the Declaration of Michael Antonelli submitted under separate cover and the exhibits attached thereto.

### ARGUMENT

   1.   Plaintiff has exhausted all remedies in each of the FOIA Counts named in the complaint against each and every defendant named in the complaint and believes in each instance he has proven by prima facie evidence that he is entitled to the relief requested under the FOIA and that each defendant has violated the FOIA.
   2.   Plaintiff has exhausted all remedies in each of the PA Counts named in the complaint against the BUREAU OF PRISONS and believes in each instance he has proven by prima facie evidence he satisfactorily shows inaccurate records, agency intent, proximate causation, and an adverse determination; the four required elements of a damages claim.  See Toolasprashad v. Bureau of Prisons, U.S. DC Circuit Court of Appeals, Decided April 19, 2002 in Appeal 00-5424.
   3.   In support, plaintiff submitted his Declaration, Statement of Material Facts Not In Genuine Dispute, and attached exhibits to those importunings filed under separate cover, all that must unequivocally go uncontradicted.

### CONCLUSION

   For the Foregoing reasons, partial summary judgement should be entered in favor of plaintiff and against each defendant in both the FOIA ans PA counts, each and every one of them.
Submitted this 15th day of January, 2008.
                          By _____
                             MICHAEL ANTONELLI 04053-164
                             Box 4000, Manchester, KY 40962

### CERTIFICATE OF SERVICE

   I have mailed a copy of this Memorandum to the US Attorney @ 555 4th Street, NW, in Washington, DC 20530.
Executed this 15th day of January, 2008 By _____
(28 USC Section 1746)                        Michael Antonelli, Affiant