UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI, )
)
        Plaintiff, )
)
v )  CASE No. 07-2016 (GKK)
)
FEDERAL BUREAU OF PRISONS, etal,)
)
        Defendants. )

### MOTION TO RETURN $350 PAID TWICE

NOW COMES, Plaintiff, MICHAEL ANTONELLI, Pro Se, and respectfully moves this Court to order the Clerk to return $350 that plaintiff has paid twice. In support, he states:

1. This Court ordered that the correctional institution shall deduct $126.32 from plaintiffs account as an initial filing fee.

2. Instead, plaintiff filled out a withdrawal slip and had the entire $350 sent to the clerk. But, the staff at FCI Manchester got a bit greedy. Instead of collecting $126.32 and sending it to the clerk, or, most poignantly, realizing that the same staff had just sent theentire fee, they took another whole $350 off plaintiff's account and sent it to the clerk.

3. Now plaintiff has paid twice. He asks that the Court order the clerk to return $350 to him. He also asks that the warden at FCI Manchester be found in contempt of this Court's order that was defied.

WHEREFORE, Plaintiff asks for the return of the $350 paid twice.

Respectfully Submitted this 30Th day of November, 2007.

By _____
MICHAEL ANTONELLI, Pro Se
No. 04053-164
Federal Correctional Institution
Box 4000
Manchester, Kentucky  40962

RECEIVED
JAN 2 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby state that on this day I mailed a copy of this motion to the USA @ 555 4th St., NW in Washington, D. C. 20530.

Executed this 30Th day of November, 2007.

By _____
Michael Antonelli, Affiant

(28 USC Section 1746)