UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No.: 07-2016 (CKK) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANSWERS OR OTHER RESPONSES TO COMPLAINT AND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants,[1] through their undersigned attorneys, hereby respectfully request a third enlargement of time, to and including March 17, 2008, within which to file their answers or other responses to the complaint filed herein, and their responses to Plaintiff's motion for partial summary judgment. Defendants' answers or other responses, and their responses to Plaintiff's motion for partial summary judgment are due on February 29, 2008.

This is Defendants' third request for an enlargement of time within which to file their answers or other responses to the complaint filed herein. This is Defendants' second request for an enlargement of time within which to file their responses to Plaintiff's motion for partial summary judgment. Because Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendants, therefore, have not obtained his position as to the relief requested.

---

[1] According to the complaint, the Defendants are: the Federal Bureau of Prisons, the Federal Bureau of Investigation, the United States Marshals Service, the United States Department of Justice, and the United States Immigration and Customs Enforcement.

There is good cause for this motion. The complaint in this case is twelve pages long, is brought against five different federal agencies, and includes eighteen counts containing 146 allegations made pursuant to the Freedom of Information Act and nine counts containing 27 allegations made pursuant to the Privacy Act. Unfortunately, Plaintiff included only dates and types of requests in his complaint, but did not include any FOIA numbers assigned by the agencies. Thus, Defendants initially had to search by names and dates only to determine the status of Plaintiff's FOIA requests in order to address the allegations in the complaint.

After receiving Plaintiff's exhibits in support of his motion for partial summary judgment, counsel for Defendants is attempting to match the records located by the agencies to the exhibits filed in support of Plaintiff's motion for partial summary judgment to ensure that Defendants are addressing the correct FOIA requests.[2] Thus, Counsel needs additional time to complete this comparison and prepare Defendants' responses.

Accordingly, Defendants are requesting an extension of time to and including March 17, 2008, to file their answers or other responses to Plaintiff's complaint and to file their responses to Plaintiff's motion for partial summary judgment.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

---

[2] Plaintiff has filed numerous FOIA requests and, at the current time, has at least three cases pending in District Court. Counsel is also attempting to determine whether there is any overlap with respect to these FOIA requests.

   /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

   /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 27th day of February, 2008, to the following address:

Michael Antonelli  
No. 04053-164  
Federal Correctional Institution  
Box 4000  
Manchester, Kentucky 40962

                                                ___/s/_____  
                                                JUDITH A. KIDWELL  
                                                Assistant U.S. Attorney