UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
MAR 0 6 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL C. ANTONELLI, )
)
Plaintiff, )
)
v )   CASE No. 07-2016-(GKK)
)
FEDERAL BUREAU OF PRISONS, etal., )
)
Defendants )

NOTICE OF CHANGE OF ADDRESS

NOW COMES, Plaintiff, MICHAEL C. ANTONELLI, Pro Se, and notifies all concerned of his new address as follows:

MICHAEL C. ANTONELLI, Pro Se
No. 04053-164
Federal Correctional Institution
Box 34550
Memphis, Tennessee  31884-0550

CERTIFICATE OF SERVICE

I, MICHAEL C. ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this notice to the United States Attorney @ 555 4th Street, NW in Washington, D. C.  20530.

Executed this __1st__ day of March, 2008.

By _____
Michael Antonelli, Affiant

(28 USC Section 1746)