UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No.: 07-2016 (CKK) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |

### DEFENDANTS' FOURTH MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANSWERS OR OTHER RESPONSES TO COMPLAINT AND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants,[1] through their undersigned attorneys, hereby respectfully request a fourth enlargement of time, to and including April 30, 2008, within which to file their answers[2] or other responses to the complaint filed herein, and their responses to Plaintiff's motion for partial summary judgment. Defendants' answers or other responses, and their responses to Plaintiff's motion for partial summary judgment are due on March 17, 2008.

This is Defendants' fourth request for an enlargement of time within which to file their answers or other responses to the complaint filed herein. This is Defendants' third request for an enlargement of time within which to file their responses to Plaintiff's motion for partial summary judgment. Because Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendants, therefore, have not obtained his position as to the relief requested.

---

[1] According to the complaint, the Defendants are: the Federal Bureau of Prisons, the Federal Bureau of Investigation, the United States Marshals Service, the United States Department of Justice, and the United States Immigration and Customs Enforcement ("ICE").

[2] Defendant ICE will be filing its answer on or before March 17, 2008.

There is good cause for this motion. As Defendants had previously advised the Court, because Plaintiff included only dates and types of requests in his complaint, but did not include any FOIA numbers assigned by the agencies, Defendant have had a difficult time responding to Plaintiff's complaint and motion for partial summary judgment. Defendants initially searched by names and dates only to determine the status of Plaintiff's FOIA requests in order to address the allegations in the complaint.[3] After receiving Plaintiff's exhibits in support of his motion for partial summary judgment, counsel for Defendants attempted to match the records located by the agencies to the exhibits filed in support of Plaintiff's motion for partial summary judgment to ensure that Defendants were addressing the correct FOIA requests.[4] In addition, counsel contacted the Associate Director, Office of Information and Privacy ("OIP"), U.S. Department of Justice ("DOJ") to ensure that information provided to the Court is accurate. As of this date, counsel remains unsure of the accuracy of the information provided by some of the Defendants. In fact, counsel will be meeting with the Associate Director of OIP the week of March 17, 2008, to compare Plaintiff's requests, Plaintiff's exhibits, and the documents provided by the DOJ components.

As of this date, counsel needs additional time to complete this comparison and prepare Defendants' responses. Accordingly, Defendants are requesting an extension of time to and including April 30, 2008, to file their answers or other responses to Plaintiff's complaint and to

---

[3] Unfortunately, another deceased prisoner has the same first and last name as that of Plaintiff.

[4] As counsel previously advised the Court, Plaintiff has filed numerous FOIA requests throughout the United States and has at least three cases pending in this District Court. Counsel is attempting to determine whether there is any overlap with respect to these other FOIA requests or cases.

file their responses to Plaintiff's motion for partial summary judgment.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Fourth Enlargement of Time was mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 13th day of March, 2008, to the following address:

MICHAEL C. ANTONELLI
R04053-164
MANCHESTER FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 4000
Manchester, KY 40962

\_\_\_/s/_____
JUDITH A. KIDWELL
Assistant U.S. Attorney