UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **MICHAEL C. ANTONELLI,** | ) |
| Plaintiff *pro se*, | ) |
| v. | )  Civil Action No.: 07-2016 (CKK) |
| **FEDERAL BUREAU OF PRISONS,** *et al.*, | ) |
| Defendants. | ) |

### DEFENDANT U.S. IMMIGRATION AND CUSTOM ENFORCEMENT'S ANSWER

Defendant U.S. Immigration and Custom Enforcement ("ICE"), by and through undersigned counsel, hereby responds to Plaintiff's complaint as follows:

### The Complaint

Defendant answers the numbered paragraphs of Plaintiff's complaint by denying the allegations contained therein, except as expressly admitted as follows:

### Plaintiff

This unnumbered paragraph contains Plaintiff's description of himself to which no answer is required. Insofar as an answer may be required, Defendant is without information sufficient to admit or deny this paragraph.

### Defendants

This unnumbered paragraph contains Plaintiff's description of the defendants in this action. Defendant ICE is without sufficient knowledge to admit or deny this paragraph, except to admit that ICE is a defendant in this action.

### Jurisdiction

This unnumbered paragraph contains Plaintiff's jurisdictional statement to which no answer is required. Insofar as an answer may be deemed necessary, this paragraph is denied.

### Venue

This unnumbered paragraph contains allegations of venue to which no answer is required. Insofar as an answer may be deemed necessary, this paragraph is denied.

### Counts I through XV

Defendant is without sufficient knowledge to admit or deny the paragraphs contained in Counts I through XV and, therefore, denies same.

### Count XVI

1.  Admit.

2.  Admit to the extent that, on May 10, 2007, ICE released one page to Plaintiff containing five additional redactions of information exempt from disclosure pursuant to Exemptions 2, 6, and 7(C) of the Freedom of Information Act, 5 U.S.C. § 552, and that ICE notified Plaintiff of his right to appeal this determination to the Associate General Counsel, U.S. Department of Homeland Security ("DHS").

3.  Defendant is without sufficient knowledge to admit or deny this averment and, therefore, denies same. Defendant avers that ICE is within the DHS and, therefore, Plaintiff's appeal to OIP of ICE's determination is ineffective. Defendant ICE avers that Plaintiff did file an appeal with the DHS.

4.  This paragraph contains a request for judicial review to which no response is required. To the extent that a response is required, Defendant ICE denies that judicial review is

appropriate in this case because Plaintiff has failed to allege an improper withholding of records by Defendant ICE.

### Counts XVII through XVIII

Defendant is without sufficient knowledge to admit or deny the paragraphs contained in Counts XVII through XVIII and, therefore, denies same.

### Counts A through I

Defendant is without sufficient knowledge to admit or deny the paragraphs contained in Counts A through I and, therefore, denies same.

### Prayer for Relief

The remainder of Plaintiff's complaint contains his prayer for relief, to which no answer is necessary, but to the extent that an answer may be deemed necessary, it is denied that Plaintiff is entitled to any relief.

Defendant hereby specifically denies each and every allegation contained in Plaintiff's complaint not hereinbefore answered.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 18th day of March, 2008, I caused the foregoing Defendant ICE's Answer to be served by mail, postage prepaid, to the following:

Michael Antonelli
No. 04053-164
Manchester Federal Correctional Institution
Box 4000
Manchester, Kentucky 40962

                                        ___/s/_____
                                        JUDITH A. KIDWELL
                                        Assistant United States Attorney