UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL C. ANTONELLI, | ) | |
| | ) | |
| Plaintiff *pro se*, | ) | |
| | ) | |
| v. | ) | Civil Action No.: 07-2016 (CKK) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' FOURTH MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSES TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Defendants,[1] through their undersigned attorneys, hereby respectfully request an enlargement of time, to and including May 12, 2008, within which to file their responses to Plaintiff's motion for partial summary judgment. Defendants' responses to Plaintiff's motion for partial summary judgment are due on April 30, 2008.

This is Defendants' fourth request for an enlargement of time within which to file their responses to Plaintiff's motion for partial summary judgment. Because Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendants, therefore, have not obtained his position as to the relief requested.

There is good cause for this motion. Defendants have completed their declarations and forwarded them to undersigned counsel. However, undersigned counsel has been unable to complete Defendants' responses to Plaintiff's motion for partial summary judgment because of

---

[1] According to the complaint, the Defendants are: the Federal Bureau of Prisons, the Federal Bureau of Investigation, the United States Marshals Service, the United States Department of Justice, and the United States Immigration and Customs Enforcement ("ICE").

being out of the office due to illness.

Accordingly, Defendants are requesting an extension of time to and including May 12, 2008, to file their responses to Plaintiff's motion for partial summary judgment.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Fourth Motion for Enlargement of Time To File Responses To Plaintiff's motion for partial summary judgment was mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 25th day of April, 2008, to the following address:

MICHAEL C. ANTONELLI
R04053-164
MANCHESTER FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 4000
Manchester, KY 40962

\_\_\_/s/_____
JUDITH A. KIDWELL
Assistant U.S. Attorney