IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL C. ANTONELLI, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 07-2016 (CKK) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT FEDERAL BUREAU OF INVESTIGATION'S
ANSWER TO COUNT XVIII OF PLAINTIFF'S
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Defendant, the Federal Bureau of Investigation ("FBI"), by and through its undersigned counsel, hereby responds to Plaintiff's Complaint as follows:[1]

**FIRST AFFIRMATIVE DEFENSE**

The FBI is not a proper party Defendant to this action. Pursuant to 5 U.S.C. § 552(f)(1), the proper party Defendant is the U.S. Department of Justice ("DOJ").

**SECOND AFFIRMATIVE DEFENSE**

Certain claims in the Complaint are barred by the doctrine of res judicata.

**THIRD AFFIRMATIVE DEFENSE**

Certain claims in the Complaint are barred by the doctrine of collateral estoppel.

**FOURTH AFFIRMATIVE DEFENSE**

Plaintiff has failed to exhaust administrative remedies.

---

[1] The 25 paragraphs in Count XVIII of the Complaint are the only allegations that pertain to the FBI.

## The Complaint

Defendant FBI answers the numbered paragraphs of Plaintiff's Complaint by denying the allegations contained therein, except as expressly admitted as set forth below.

## Plaintiff

This unnumbered paragraph contains Plaintiff's description of himself to which no answer is required. Insofar as an answer may be required, Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## Defendants

This unnumbered paragraph contains Plaintiff's description of the Defendants in this action. Except to admit that the FBI is a Defendant in this action, Defendant FBI is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

## Jurisdiction

This unnumbered paragraph contains Plaintiff's jurisdictional statement to which no answer is required. Insofar as an answer may be deemed necessary, this paragraph is denied.

## Venue

This unnumbered paragraph contains allegations of venue to which no answer is required. Insofar as an answer may be deemed necessary, this paragraph is denied.

## Counts I through XVII

Defendant FBI is without knowledge or information sufficient to form a belief as to the truth of the allegations in Counts I through XVII.

# COUNT XVIII

1.       Defendant FBI admits that it received a Freedom of Information Act ("FOIA") request dated July 11, 2005 from Plaintiff.  In his July 11, 2005 request, Plaintiff sought "a copy of a list of all FBI Field Offices in every state of the United States of America" and "addresses of satellite offices to those filed offices."  The Court is respectfully referred to a copy of the July 11, 2005 letter for a complete and accurate statement of its contents.

2.       Defendant FBI is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

3.       Defendant FBI admits that it received a FOIA request from Plaintiff dated November 5, 2006.  The Court is respectfully referred to a copy of the November 5, 2006 letter for a complete and accurate statement of its contents.

4.       Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

5.       Defendant FBI admits that it has a copy of a December 27, 2006 letter to Plaintiff from the DOJ's Office of Information and Privacy ("OIP") concerning an appeal from the action of the Executive Office for United States Attorneys ("EOUSA") on records referred to it from the FBI.  The Court is respectfully referred to a copy of the December 27, 2006 letter for a complete and accurate statement of its contents.

6.       Defendant FBI admits that it received a letter dated January 10, 2007 from Plaintiff.  The Court is respectfully referred to a copy of the January 10, 2007 letter for a complete and accurate statement of its contents.

7.       Defendant admits that it has a copy of a letter dated January 11, 2007 to OIP from

Plaintiff. The Court is respectfully referred to a copy of the January 11, 2007 letter for a complete and accurate statement of its contents.

8.  Defendant FBI admits. The Court is respectfully referred to a copy of the February 9, 2007 letter for a complete and accurate statement of its contents.

9.  Defendant FBI is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

10. Defendant FBI admits. The Court is respectfully referred to a copy of the February 18, 2007 letter for a complete and accurate statement of its contents.

11. Defendant FBI is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

12. Defendant FBI admits. The Court is respectfully referred to a copy of the March 6, 2007 letter for a complete and accurate statement of its contents.

13. Defendant FBI admits that it received a letter dated March 12, 2007 from Plaintiff. The Court is respectfully referred to a copy of the March 12, 2007 letter for a complete and accurate statement of its contents.

14. Defendant FBI is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

15. Defendant FBI is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

16. Defendant FBI admits that it has a copy of the April 9, 2007 letter to Plaintiff from DOJ's OIP. The Court is respectfully referred to a copy of the April 9, 2007 letter for a complete and accurate statement of its contents.

17.     Defendant FBI admits that it has a copy of Plaintiff's April 15, 2007 letter to DOJ's OIP. The Court is respectfully referred to a copy of the April 15, 2007 letter for a complete and accurate statement of its contents.

18.     Defendant FBI admits that it sent a letter dated April 17, 2007 to Plaintiff. The Court is respectfully referred to a copy of the April 17, 2007 letter for a complete and accurate statement of its contents.

19.     Defendant FBI admits that in a letter dated April 24, 2007, Plaintiff appealed the FBI's April 17, 2007 decision. The Court is respectfully referred to a copy of the April 24, 2007 letter for a complete and accurate statement of its contents.

20.     Defendant FBI admits that it has a copy of the May 18, 2007 letter to Plaintiff from DOJ's OIP. The Court is respectfully referred to a copy of the May 18, 2007 letter for a complete and accurate statement of its contents.

21.     Defendant FBI is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

22.     This paragraph contains Plaintiff's prayer for relief to which an answer is not required, but insofar as an answer may be required, Defendant FBI denies same.

23.     This paragraph contains conclusions of law and not averments of fact, to which no response is required, but insofar as one is deemed necessary, Defendant FBI denies same.

24.     This paragraph contains conclusions of law and not averments of fact, to which no response is required, but insofar as one is deemed necessary, Defendant FBI denies same.

25.     This paragraph contains conclusions of law and not averments of fact, to which no response is required, but insofar as one is deemed necessary, Defendant FBI denies same.

### Counts A through I

Defendant FBI is without knowledge or information sufficient to form a belief as to the truth of the allegations in Counts A through I.

### Prayer for Relief

The remainder of Plaintiff's Complaint contains his prayer for relief, to which no answer is necessary, but to the extent that an answer may be deemed necessary, it is denied that Plaintiff is entitled to any relief.

Except to the extent expressly admitted or qualified above, Defendant FBI denies each and every allegation in the Complaint.

WHEREFORE, Defendant FBI prays for an order: (1) denying Plaintiff's request for relief; and (2) for such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th Street, N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 29th day of April, 2008, I caused the foregoing Defendant FBI's Answer to be served by mail, postage prepaid, to the following:

Michael Antonelli
No. 04053-164
Manchester Federal Correctional Institution
Box 4000
Manchester, Kentucky 40962

                                      ___/s/_____
                                      JUDITH A. KIDWELL
                                      Assistant United States Attorney