UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael C. Antonelli,              :
                                   :
        Plaintiff,                  :
    v.                             :      Civil Action No. 07-2016 (CKK)
                                   :
Federal Bureau of Prisons *et al.*,:
                                   :
        Defendants.                :

ORDER

This action brought *pro se* under the Freedom of Information Act is before the Court on the separate Answers of U.S. Immigration and Custom Enforcement and the Federal Bureau of Investigation. The requirements of Local Civil Rule 16.3 and Federal Rule of Civil Procedure Rule 26(f) are inapplicable to such actions. *See* Local Civil Rule 16.3 (b)(9). Thus, an answer does little to advance the proceedings. Defendants assert grounds for resolving the case but have not indicated whether a dispositive motion is forthcoming. Accordingly, it is hereby

ORDERED that defendants shall file either a proposed briefing schedule or a dispositive motion by **June 2, 2008**.

                                           _____s/s_____
                                           COLLEEN KOLLAR-KOTELLY
                                           United States District Judge

Date: May 1, 2008