UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No.: 07-2016 (CKK) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |

### DEFENDANTS' FIFTH MOTION FOR AN ENLARGEMENT OF TIME TO FILE ANSWERS, RESPONSES TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND DISPOSITIVE MOTIONS

Defendants,[1] through their undersigned attorneys, hereby respectfully request a fifth enlargement of time, to and including June 2, 2008, within which to file their: (1) answers;[2] (2) responses to Plaintiff's motion for partial summary judgment; and (3) dispositive motions.[3] Defendants' answers and responses to Plaintiff's motion for partial summary judgment are due on May 12, 2008.

This is Defendants' fifth request for an enlargement of time within which to file their

---

[1] According to the complaint, the Defendants are: the Federal Bureau of Prisons ("BOP"), the Federal Bureau of Investigation ("FBI"), the United States Marshals Service, the United States Department of Justice, Office of Information and Privacy ("OIP") and the United States Immigration and Customs Enforcement ("ICE").

[2] Defendants ICE and FBI have filed their Answers. The Court ordered these two Defendants to file a briefing schedule by June 2, 2008. However, Defendants intend to file their dispositive motions by this date.

[3] In the Court's Order of May 1, 2008, the Court commented on the fact that Defendants FBI and ICE had not indicated whether dispositive motions were forthcoming. Defendants regret that in earlier motions for enlargement of time that they did not make it clear to the Court that they were also seeking an enlargement of time in which to file their dispositive motions.

answers or other responses to the complaint filed herein. This is Defendants' fourth request for an enlargement of time within which to file their responses to Plaintiff's motion for partial summary judgment. Because Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendants, therefore, have not obtained his position as to the relief requested.

There is good cause for this motion. In reviewing the declaration for BOP, undersigned counsel determined that part of the declaration had incorrectly addressed FOIA requests by Plaintiff that are not at issue in this case. Additionally, Defendant OIP's declaration is thirty pages and contains exhibits of almost 100 pages which undersigned counsel needs additional time to review. Accordingly, Defendants are requesting an extension of time to and including June 2, 2008, to file their: (1) answers to Plaintiff's complaint; (2) responses to Plaintiff's motion for partial summary judgment; and (3) dispositive motions.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

      /s/                                 
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for Fifth Enlargement of Time was mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 6th day of May, 2008, to the following address:

Michael C. Antonelli, *pro se*
No. 04053-164
Federal Correctional Institution
Box 34550
Memphis, Tennessee 31884-0550

                                          ___/s/_____
                                          JUDITH A. KIDWELL
                                          Assistant U.S. Attorney