UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI,<br><br>   Plaintiff *pro se*,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS, *et al.*,<br><br>   Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.: 07-2016 (CKK)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANTS' MOTION FOR AN ADDITIONAL ONE-WEEK ENLARGEMENT OF TIME TO FILE RESPONSES AND DISPOSITIVE MOTIONS

  Defendants,[1] BOP, FBI, USMS, and OIP, through their undersigned attorneys, hereby respectfully request an additional one-week enlargement of time, until and including June 9, 2008, within which to file their responses to Plaintiff's motion for partial summary judgment and dispositive motions. Defendants' responses and dispositive motions are now due on June 2, 2008.[2]

  This is Defendants' fifth request for an enlargement of time within which to file their responses and dispositive motions. Because Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendants, therefore, have not obtained his position as to the relief requested.

  There is good cause for this motion. As Defendants have previously advised the Court,

---

  [1] According to the complaint, the Defendants are: the Federal Bureau of Prisons ("BOP"), the Federal Bureau of Investigation ("FBI"), the United States Marshals Service ("USMS"), the Office of Information and Privacy of the United States Department of Justice ("OIP"), and the United States Immigration and Customs Enforcement ("ICE").

  [2] Defendant ICE will be filing its dispositive motion by June 2, 2008.

the declarations in this case are substantial and undersigned counsel needs additional time to review them and ensure that they adequately inform the Court, to the best of Defendants ability, of the status of Plaintiff's FOIA requests. Additionally, undersigned counsel needs additional time to review Plaintiff's litigation of FOIA requests in *Antonelli v. BATF*, et al., Civil Action No. 04-1180 (CKK), to determine if there is an overlap of Plaintiff's claims. Accordingly, Defendants, BOP, FBI, USMS and OIP are requesting an additional one-week enlargement of time, until and including June 9, 2008, to file their responses and dispositive motions.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

　/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

　/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

　/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for an Additional One-Week Enlargement of Time was mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 30th day of May, 2008, to the following address:

Michael C. Antonelli, *pro se*
No. 04053-164
Federal Correctional Institution
Box 34550
Memphis, Tennessee 31884-0550

\_\_\_/s/_____
JUDITH A. KIDWELL
Assistant U.S. Attorney