UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
|     Plaintiff *pro se*, | ) |
| v. | ) Civil Action No.: 07-2016 (CKK) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
|     Defendants. | ) |

**DEFENDANTS' MOTION FOR AN ADDITIONAL TWO-DAY ENLARGEMENT
OF TIME TO FILE RESPONSES AND DISPOSITIVE MOTIONS**

Defendants,[1] BOP, USMS, and OIP, through their undersigned attorneys, hereby respectfully request an additional two-day enlargement of time, until and including June 11, 2008, within which to file their responses to Plaintiff's motion for partial summary judgment and dispositive motions. Defendants' responses and dispositive motions are now due on June 9, 2008.[2]

This is Defendants' sixth request for an enlargement of time within which to file their responses and dispositive motions. Because Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendants, therefore, have not obtained his position as to the relief requested.

There is good cause for this motion. As Defendants have previously advised the Court,

---

[1] According to the complaint, the Defendants are: the Federal Bureau of Prisons ("BOP"), the Federal Bureau of Investigation ("FBI"), the United States Marshals Service ("USMS"), the Office of Information and Privacy of the United States Department of Justice ("OIP"), and the United States Immigration and Customs Enforcement ("ICE").

[2] Defendant FBI will be filing its dispositive motion by June 9, 2008.

the declarations in this case are substantial and undersigned counsel needs additional time to review them and ensure that they adequately inform the Court, to the best of Defendants' ability, of the status of Plaintiff's FOIA requests. Because of other cases to which undersigned counsel has had to devote substantial time, she cannot complete Defendants' dispostive motions by June 9, 2008. Accordingly, Defendants, BOP, USMS and OIP are requesting an additional two-day enlargement of time, until and including June 11, 2008, to file their responses and dispositive motions.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Motion for an Additional Two-Day Enlargement of Time was mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 6th day of June, 2008, to the following address:

Michael C. Antonelli, *pro se*
No. 04053-164
Federal Correctional Institution
Box 34550
Memphis, Tennessee 31884-0550

                                                      /s/
                                       JUDITH A. KIDWELL
                                       Assistant U.S. Attorney