UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

RECEIVED
JUN 3 0 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL ANTONELLI, )
)
Plaintiff, )
)
v ) CASE No. 07-cv-2016 (CKK)
)
FEDERAL BUREAU OF PRISONS, etal., )
)
Defendants. )

### MOTION FOR EXTENSION OF TIME TO RESPOND TO MARSHALS

NOW COMES, Plaintiff, MICHAEL C. ANTONELLI, Pro Se, and moves for an extension of time within which to respond to the MARSHALS dispositive motion up to and including July 25, 2008. In support, he states:

1. Plaintiff is bogged down with litigation in numerous causes and is unable to respond to the motion of the U.S. MARSHALS until July 25, 2008.

2. In all fairness, this Court will allow such an extension.

WHEREFORE, Plaintiff prays for an extension to July 25, 2008 to respond to the motion of the MARSHALS.

Respectfully Submitted this 26Th day of June, 2008.

By /s/ Michael Antonelli
MICHAEL ANTONELLI, Pro Se
04053-164; Box 34550
Federal Correctional Institution
Memphis, TN 38134

### CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the USA @ 555 4th St, NW in Washington, D.C. 20530.

Executed this 26Th day of June, 2008.

By /s/ Michael Antonelli
Michael Antonelli, Affiant

(28 USC Section 1746)