```
                UNITED STATES DISTRICT COURT           RECEIVED
                    DISTRICT OF COLUMBIA
                                                       JUL 3 1 2008
MICHAEL C. ANTONELLI,         )
                              )                    NANCY MAYER WHITTINGTON, CLERK
                  Plaintiff,  )                        U.S. DISTRICT COURT
                              )
           v                  )  Case No. 07-2016 (CKK)
                              )
FEDERAL BUREAU OF PRISONS, etal,)
                              )
                  Defendants.)
```

**REPLY TO BOP AND OIP OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGEMENT, AND RESPONSE TO MOTION TO DISMISS, OR ALTERNATIVELY, MOTION FOR PARTIAL SUMMARY JUDGEMENT**

   Plaintiff MICHAEL ANTONELLI, Pro Se, replies and responds to the BOP and OIP importunings and states the Court does not lack subject matter jurisdiction and his he does not fail to state a claim, and is entitled to summary judgement in Plaintiff's favor.
   Plaintiff denies the BOP or OIP are entitled to summary judgement in their favor whatsoever. In support of this Reply the Court is referred to Plaintiff's Reply to the Statement of Material Facts To Which There Is No Genuine Issue, his Memorandum in support of his Reply, his Declaration in response to Karen Summers' Declaration, and his response to the Declaration of Janice McLeod.

Respectfully Submitted this 25th day of July, 2008.

                              By /s/ Michael Antonelli
                              MICHAEL ANTONELLI, Pro Se
                              No. 04053-164; Box 34550
                              Federal Correctional Institution
                              Memphis, Tennessee
                                                   38134

**CERTIFICATE OF SERVICE**

   I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this Reply to the USA @ 555 4th St., NW in Washington, D.C. 20530.

Executed this 25th day of July, 2008.

                              By /s/ Michael Antonelli
(28 USC Section 1746)         Michael Antonelli, Affiant