UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Michael C. Antonelli,               :
                                    :
      Plaintiff,            :
  v.                                :        Civil Action No. 07-2016 (CKK)
                                    :
Federal Bureau of Prisons *et al.*, :
                                    :
      Defendants.           :

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that plaintiff's motion for partial summary judgment against ICE and the Marshals Service [Dkt. No. 13] is DENIED; it is

FURTHER ORDERED that the United States Immigration and Customs Enforcement's motion for summary judgment [Dkt. No. 30] is GRANTED; and it is

FURTHER ORDERED that the United States Marshals Service's converted motion for summary judgment [Dkt. No. 32] is GRANTED.

                                                _____s/_____
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge

Date: August 4, 2008