ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI,           )
                                )
            Plaintiff,          )
                                )
      v                         )  Case No. 07-2016 (CKK)
                                )
FEDERAL BUREAU OF PRISONS, etal,)
                                )
            Defendants.         )

RECEIVED
AUG 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## PLAINTIFF'S REPLY TO BOP & OIP'S STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE

Plaintiff MICHAEL ANTONELLI hereby submits his reply to the Statement of Material Facts as to Which there is no Genuine Issue of BOP and OIP. (SMF) This reply is supported by the DECLARATION IN RESPONSE TO KAREN SUMMERS' DECLARATION and the RESPONSE TO THE DECLARATION OF JANICE MCLEOD, and PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS REPLY TO BOP & OIP, and his Exhibits attached to his STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE and the DECLARATION OF MICHAEL C. ANTONELLI respectively.

### COUNT I

(BOP Request 2007-02059 for Anthony Lemay records)

1. I did mail the request for Lemays records and never received any response whatsoever to the request. If I did, I had no way to identify the response.
2. I had no way to know any request number was assigned the Lemay request, and if one did come, which I believe it did not, I would have no way to correlate the number assigned to the Lemay request. The BOP purported response dated December 21, 2006 does not have Lemay's name on it, does not have the date of the request on it, and none of the paragraphs that were said to be marked relating to the request were marked. If BOP did send such a "Ghost" letter, then it is just as if they sent no letter at all.
3. I did not appeal or allege I did. I need not appeal when I never receive a response.
4. Of course there is no record of an appeal, none was filed.
5. I don't have to exhaust when you never respond to a request. The simple fact that you never responded is enough to file suit. You violated the Act by not responding. If you did send the letter shown in Exhibit No. 2, such a fruitless letter is just as well as not responding.

### COUNT II

(Request for Video Tapes of B2 Unit)

1. I agree this is true.
2. I disagree that the appeal was assigned No. 05-2789 but believe it was assigned No. 06-0302. Paragraph 8 of the Summers declaration doesn't give an appeal number. (See Exhibit "H" attached to the SMF submitted by Plaintiff). I never received any acknowledgement letter dated October 3, 2005 as stated.

-1-

3.   I agree that this is true.
4.   I agree.
5.   I agree but I have no record of any other appeal number assigned.
6.   I agree that this happened.
7.   I agree.
8.   I agree.
9.   I agree.
10.  I have no recollection of ever receiving this letter.
11.  I disagree. I believe I paid all debts long before November, 2007 and sent copies of the postal money orders to OIP.
12.  I did not fail to exhaust anything.
13.  I believe I am not barred. I believe that ruling is wrong. I patiently await the finality of that case so I can appeal that fee issue.

### COUNT III
(some person high up in the ranks of the DOJ)
(request to Ms Walters)

1.   The date January 1, 2007 is a ministerial error, it should be January 12, 2007. I not only submitted this request to Ms Walters of Education Department at Big Sandy, I sent one to the Director of the BOP. I did provide other identifying information. I explained it was Ms Walters that she had communicated with "some person high up in the ranks of the Department of Justice" about my FOIA requests. I asked for all records in connection to that communication.
2.   I agree.
3.   I agree, but they never processed it as far as I know.
4.   That may be true, but if it was never received by BOP for processing then evidently the OIP either never sent it or the database is wrong.
5.   No, I never failed to exhaust, the BOP failed to respond to my request, and the OIP lied to me.

### COUNT IV
(Request No. 2006-10544)

1.   I agree.
2.   I agree.
3.   I agree.
4.   I agree.
5.   That is what they say. I really don't know.
6.   This may be true.
7.   I agree.
8.   I agree I appealed. I need not say "OIP" in a complaint.
9.   I do not believe this.
10.  I never failed to exhaust. OIP failed to answer my appeal.

### COUNT V
(Request No. 2007-05576)

1.   I agree.
2.   I agree.
3.   I agree.
4.   I disagree. I never got that letter.
5.   I agree.

6. I agree.
7. I agree.
8. I agree.
9. I disagree. I never got that letter.
10. I agree it has either been not adjudicated or something in violation of the Act. I disagree that the reason stated about me owing money is the reason or a valid reason if it is the reason.
11. I never failed to exhaust. OIP failed to process my appeal.

COUNT VI
(Request No. 2007-04383)

1. I agree.
2. I agree.
3. The Summers Declaration is wrong. It was Exhibit No 17 not 21. In all other respects I agree.
4. Wrong again. The Declaration has the wrong number for the exhibit. It is not 17 but 18. In all other respects I agree.
5. Wrong. The Exhibit number is not 18 but 19. In all other respects I agree.
6. I agree.
7. I agree.
8. I agree.
9. I agree.
10. Wrong. EOUSA knows I paid it. The copy of the money order receipt is enough to verify the money was sent to them. I later had somebody do a tracer on the money order and the EOUSA has unequivocally gotten the money order. The fees have been paid long ago.
11. I disagree.

COUNT VI
(Request No. 2005-08429/OIP)

1. I agree.
2. I agree.
3. I agree.
4. I agree.
5. I agree.
6. I agree but disagree that the withholdings were proper.
7. I agree. (See Exhibit "KK" of PSMF)
8. I agree.
9. I agree.
10. I agree.

COUNT VIII
(Request No. 2006-09743)

1. I agree.
2. I agree.
3. I agree.
4. I agree.
5. I agree.
6. This may be true but this was an insufficient search.
7. I disagree.

## COUNT IX
### Request No. 2006-00068

1. I agree.
2. I agree.
3. I agree.
4. I agree.
5. I agree this may be true but believe an insufficient search was made for the appeals.
6. I agree.
7. I agree.
8. I agree.
9. I agree.
10. I agree this may be true but disagree that there was any unpaid fees at that time.
11. I agree.
12. I disagree. The past-due debts, all of them, were paid long ago.
13. I disagree.

## COUNT X
### Request No. 2006-06825

1. I agree.
2. I agree.
3. I agree.
4. I agree.
5. I agree.
6. I agree.
7. I agree.
8. I disagree and believe OIP has made a superficial search.
9. I disagree.

## COUNT XI
### Request Nos 2006-10600 and 2006-06375

1. I agree.
2. I agree.
3. I agree.
4. I agree.
5. I agree.
6. I agree.
7. I agree.
8. I agree.
9. I disagree because I believe they failed to search properly.
10. I disagree.

## COUNT XII
### Request No. 2005-08590

1. I agree.
2. This may be true but I never knew.
3. This may be true but I never received that letter.
4. I agree.
5. I disagree. I never got them and that is improperly withholding them.
6. I disagree that I needed to.

-4-

### COUNT XIII
### Request No. 2006-10535

1. I agree.
2. I agree.
3. I agree.
4. I agree.
5. I agree.
6. I did appeal and a copy of the appeal letter I sent is attached to the PSMF as Exhibit "ZZZZ."
7. I disagree.

### COUNT XIV
### OIP Appeal No. 06-2830

1. I agree but add the SENSITIVE 10 and SENSITIVE 11 that is correlated to that remedy ID number.
2. I agree that was said but disagree that is what should have been done.
3. I agree.
4. I disagree. I never got that letter. That is why I sued.
5. I disagree. I did make a valid request. I was asking for a copy of the regional and the national SENSITIVE BP-10 and BP-11's that I sent for filing and was given that ID No. by them both. I sent my request to the Director of the BOP where all BOP requests must be filed first according to the FOIA. I made a proper request. The BOP did not give a proper response and never answered my appeal. BOP did improperly withhold these records.

### COUNT XV
### Request No. 2006-09337

1. I agree.
2. I agree.
3. I agree.
4. I agree.
5. I agree.
6. I agree but the reason that letter was attached was to show I need copies of those BP-11 responses.
7. I never received that letter as far as I know.
8. This may be true but I believe they did a flimsy search.
9. I disagree. I fully exhausted according to case precedent, and the FOIA law.
10. I disagree. I believe they have records they are withholding.

### PRIVACY ACT COUNTS A through I

1. I agree.
2. I agree but do not agree what I asked to correct or amend is exempt.
3. This may be true in their own minds. But I believe they are not exempt and the case law shows differently.

Respectfully Submitted this 29Th day of July, 2008.

By /s/ Michael Antonelli
Michael Antonelli, Pro Se

-5-

CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this Rep1t to BOP and OIP SMF to the USA @ 555 4th St, NW in Washington, D.C. 20530

Executed this 29th day of July, 2008.

(28 USC Section 1746)

By _Michael Antonelli_
Michael Antonelli, Affiant
No. 04053-164; Box 34550
Federal Correctional Institution
Memphis, Tennessee 38134

-6-

Case 1:07-cv-02016-CKK    Document 47-3    Filed 08/04/2008    Page 1 of 4

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RECEIVED**

AUG 0 4 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MICHAEL ANTONELLI, )
)
Plaintiff, )
)
v ) Case No. 1:07-CV-02016-CKK
)
FEDERAL BUREAU OF PRISONS, etal,)
)
Defendants. )

<u>PLAINTIFF'S RESPONSE TO DECLARATION OF KAREN SUMMERS AS TO BOP & OIP</u>

I, MICHAEL ANTONELLI, hereby declare the following to be true and correct statements of fact:

I hereby retort to the Declaration of Karen Summers in chronological order as follows:

1. I agree this may be true.
2. I agree this may be true.
3. I agree this may be true but do not agree with the conclusions within the index of paragraph 58.
4. I disagree. I am now in FCI Memphis, Tennessee. The rest I agree with may be true.
5. I agree this may be true.

<u>Count I - Lemay Request No. 2007-02059</u>

6. I do not agree that this request was not a proper request. Even though the Presentence Investigation Report was not authored by the BOP it is an "agency document" because it is used by the BOP to make critical custody/security and other determinations, and it is unequivocally in the possession of the BOP. I further object to the exporgations in the No. 1 exhibit because this is what I submitted. There is no logical reason to delete integral information.
7. I never received any such letter as far as I know. If I did, I would have no way of knowing what such a letter was referring to because the BOP never put LEMAY on the letter, and never even checked one of the boxes they said were checked in the contents of the letter. I do not believe this was done by a staff member who was transfered. I believe the BOP fabricated it to make it look like they responded to the request. Exhibit 2 is telltale, the BOP didn't provide enough information to let me know what the letter was about, even if I were to have gotten it, and they just as well can be said to not have answered at all. This was unequivocally arbitrary and capricious action by BOP.

<u>Count II - Request for Video Tapes of B2 Unit</u>

8. I agree I made such a request and it was received and forwarded.
9. I believe this may be true.
10. I believe this may be true.
11. I believe this may be true.
12. I believe this is true.
13. I believe this is true.

-1-

## Count III

14. I agree.
15. I agree except for the fact that I believe either or both the BOP and the OIP are acting to cover up the improper communications had about me to Ms Walters. After communicating with the purported "higher ups" of the DOJ, Walters terminated me as an ACE (Adult Continued Education) tutor of the "FOIA Class" that I was conducting weekly at USP Big Sandy. Whatever she was told by these "higher ups" was evidently derrogatory.

## Count IV - Request No. 2006-10544

16. I deny being at Forrest City in June, 2006 because I was transfered from there on May 15, 2006. Otherwise, I agree.
17. I agree.
18. I agree.

## Count V - Request No. 2007-05576

19. I agree.
20. I agree.
21. I do not think I ever received that letter.
22. I agree.

## Count VI - Request No. 2007-04383

23. I agree.
24. Wrong. The Exhibit No. is 17 not 21.
25. Wrong. The Exhibit No. is 18 not 17.
26. Wrong. The Exhibit No. is 19 not 18.

## Count VII - Request No. 2005-08429

27. I agree except for the fact that it is Exhibit 20 not 19.
28. I agree but it is Exhibit 21 not 20.
29. I agree except for the fact that I disagree the information withheld was exempt from disclosure.
30. I agree.

## Count VIII - Request No. 2006-09743

31. I disagree that the request was received on August 25, 2005. The request was mailed on August 16, 2006, almost a year after that. It maybe was received on August 25, 2006. I agree with the remainder of this numered paragraph.
32. I agree.
33. I agree.
34. I agree except that I do not agree with the applications of the exemptions claimed to withhold information. I ask for in-camera inspection of these withheld portions.

## Count IX - Request No. 2006-00068

35. I agree.
36. I agree.

37. I agree but that is not all. I requested and appealed over and over again because staff at Forrest City would not comply with my request. See "UU" though "BBB" attached to PSMF previously submitted.

### Count X - Request No. 2006-06825

38. I disagree. I sent that request the day I left Forrest City on May 15, 2006. I requested records regarding an incident report I received in June 16, 2005, not June 15, 2005. Contrary to what is stated, I did receive an incedent report on June 16, 2005. The review of BOP records was wrong.
39. I agree.
40. I disagree that the material withheld properly is covered by the exemptions claimed and ask for in-camera inspection. I otherwise agree.

### Count XI - Requests Nos 2006-10600 and 2006-06375

41. I agree.
42. I agree.
43. I agree but disagree to the application of the exmptions claimed to the material withheld. I ask for in-camera review.
44. I agree but disagree that I owe any money whatsoever.

### Count XII - Request No. 2005-08590

45. I agree.
46. I disagree. I never received that letter or those pages.

### Count XIII - Request No. 2006-10535

47. Wrong again on the date. They received it in 2006 not 2005. I agree to everything else.
48. I agree.
49. I agree but disagree on the application of the exemptions claimed to the material withheld. I ask for in-camera inspection.
50. I agree.

### Count XIV - Sensitive 10 & 11 No. 411064

51. I agree but that is what I did in the first place. It was marked in the first sentence as an FOIA/PA request.

### Count XV - Request No. 2006-09337

52. I agree.
53. I agree.

### ADEQUACY OF THE SEARCH

54. I agree.
55. I disagree. The BOP in most of these counts failed to adequately search for the records.

### JUSTIFICATION FOR NON-DISCLOSURE UNDER THE PRIVACY ACT

56. I disagree. The records I ask for are not exempt.
57. I disagree. The records I ask for and ask be corrected or amended are not exempt.
58. I believe this justication is cursory and superficial.

59. These records do not meet the threshold requirement for exemption 7.
60. I disagree and demand strict proof thereof and in-camera inspection.
61. I believe these concerns were not properly balanced and there is public interest in disclosure.
62. I disagree.
63. I agree.
64. I disagree and the public has an interest of exposing corrupt BOP employees which is what I need the records for.
65. I agree.
66. I agree.

### Counts A - I "Privacy Act"

67. I somewhat agree but there is more.
68. This may be true but this does not apply to the situation at hand.

### CONCLUSION

69. I disagree.
70. I disagree.
71. I disagree.

I declare under the penalty of perjury that the aforementioned is true and correct as to the best of my current knowledge and beliefs.

Executed this 29th day of July, 2008.

By _____
Michael Antonelli, Affiant
No. 04053-164; Box 34550
Federal Correctional Institution
Memphis, TN 38134

(28 USC Section 1746)

### CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath hereby depose and state that on this day I mailed a copy of this Response to Karen Summers' Declaration to the USA @ 555 4th St, NW in Washington, D.C. 20530.

Executed this 29th day of July, 2008.

By _____
Michael Antonelli, Affiant

(28 USC Section 1746)

-4-

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI,            )
                              )
              Plaintiff,      )
                              )
         v                    )  Case No. 07-2016 (CKK)
                              )
FEDERAL BUREAU OF PRISONS,etal,)
                              )
              Defendants.     )

**RECEIVED**
AUG 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>DECLARATION IN RESPONSE TO JANICE MCLEOD DECLARATION AS TO
THE BOP AND OIP</u>

I, MICHAEL ANTONELLI, declare the following to be true and correct:

I hereby retort to the declaration of Janice McLeod in order chronologically:

(1)  I agree this may be true.
(2)  I agree this may be true.
(3)  I agree this may be true.
(4)  I agree this may be true.
(5)  I agree this is true.

### I. <u>Response to Correspondence</u>

(6)  I agree this may be true.

### <u>Response to Count I</u>

(7)  I agree this is true.

### <u>Response to Count II</u>

(8)  I have no current knowledge of this appeal number being assigned or the request number, but, that seems like it is a replica of the other request for the same information.
(9)  I have no current knowledge of a October 3, 2005 letter other than what I see in Exhibit "J" of BOP and OIP.
(10) I agree that I sent an appeal on that date.
(11) I agree.
(12) I agree.
(13) I agree.
(14) I believe this to be true but am unaware presently of an April 2, 2007 letter as stated.
(15) I agree.
(16) I am presently unaware of this May 7, 2007 letter but believe it might be true.
(17) False. I submitted copies of the money order sent.

### <u>Response to Count III</u>

(18) I agree.
(19) I agree.

-1-

### Response to Count IV

(20)   I agree accept for the fact that I did appeal and never have received a response to that appeal. See Exhibit "T" attached to PSMF (Plaintiff's Statement of Material Facts) previously submitted.

### Response to Count V

(21)   I agree.
(22)   I agree.

### Response to Count VI

(23)   I agree.
(24)   I agree.
(25)   I agree. I disagree that I was and am delinquint.
(26)   I disagree that I was delinquint in November, 2007.

### Response to Count VII

(27)   I agree.
(28)   I agree.
(29)   I agree.
(30)   I agree.

### Response to Count VIII

(31)   I did appeal on November 12, 2006 by letter to OIP. A true and correct copy of the appeal letter is attached to the PSMF as Exhibit "PP."

### Response to Count IX

(32)   I disagree. I appealed several times and evidence of this is attached to the PSMF as Exhibits "UU" through "BBB."
(33)   I agree.
(34)   I agree.
(35)   I agree.
(36)   I agree but disagree that the fee was not paid.
(37)   I agree.
(38)   I agree.
(39)   I agree but disagree that any fees were outstanding, and all had been paid beforehand.
(40)   I disagree. The $143.20 has long been paid.

### Response to Count X

(41)   I agree.
(42)   I agree.
(43)   I agree but disagree that the fee was unpaid.
(44)   I agree.
(45)   I sent that letter of 1/22/07 to OIP and the fee had been paid. (See "NNN" attached to PSMF).

### Response to Count XI

(46)   I agree.
(47)   I agree but I do not believe I received a copy.
(48)   I agree.
(49)   I agree.

-2-

(50)   This may be true but I believe the search was inadequate.
(51)   This may be true but I believe their searches were inadequate.

### Response to Count XII

(52)   I agree. I didn't need to appeal because as far as I am concerned the BOP never answered the request and I don't have to appeal and may go directly into court.

### Response to Count XIII

(53)   I agree but I provided a copy of the appeal letter in PSMF as Exhibit No. "ZZZ" and Request as "WWW."
(54)   I agree but believe they made an insufficient search.

### Response to Count XIV

(55)   False. I attached a copy of the request and the response from BOP to the appeal. See "AAAA" through "CCCC" attached to PSMF.
(56)   This may be true but I never received such a letter from OIP.

### Response to Count XV

(57)   I agree but the 8/16/06 letter showed no request number because none was assigned yet, and the 8/24/06 one did have one on the appeal form but it is unreadable. (See PSMF attached Exhibits "IIII" and "KKKK")
(58)   I agree. But, the one letter concerning the answers to the BP-11's that I never got was just asking for copies of those answers. I can ask for that under the FOIA.
(59)   I agree. But, I complained that the search was insufficient and that there were more records in the appeal.
(60)   If they closed it I was never notified of that.
(61)   I did send that appeal on October 24, 2006 and if OIP has not found it they have not searched sufficiently.

### Response to Plaintiff's Fee Delinquicies

(75)   I agree but state that I paid all fees owed.
(76)   I agree but the fee purportedly owed in EOUSA No. 03-2373 was a fee owed by another person with the same name, Michael Antonelli. This caused me lots of problems because it was apparant to me that the EOUSA was charging me for something I never requested and I couldn't figure out why until years later when they finally made their dispositive motion adding exhibits showing me that I was being charged for records a MICHAEL P. ANTONELLI had ordered. In any event, I even paid those fees just so I could get on with my requests and appeals. This was the fault of the EOUSA, not mine. Their is contributory negligence of the USA here.
(77)   I agree.
(78)   I cannot recall ever seeing a letter telling me about interest owed.
(79)   I agree.
(80)   I agree.
(81)   I disagree. I was befuddled. That is why I at first thought the debt was from a surrogate request. All my debts are now paid.

(82)  That fee has been fully paid long ago.
(83)  I believe the first money order was sent earlier and was sent back for some reason.  I had a little difficulty getting EOUSA to finally find the money order and deposit it.  My friends on the street related this to me.  They actually had to run a search on the money order to find out the EOUSA had not cashed it and were holding it somewhere it had been misplaced.  This is not my fault but that of the EOUSA.
(84)  I agree this may be true.  These exhibits show I owe no money.
(85)  I agree this was told me but don't agree that anything should be closed.

   I declare under the penalty of perjury that the foregoing is true and correct as to the best of my current knowledge and beliefs.
Executed this 29th day of July, 2008.
                                By_____
                                   MICHAEL ANTONELLI
                                   No. 04053-164; Box 34550
                                   Federal Correctional Institution
                                   Memphis, Tennessee
                                                  38134

                        CERTIFICATE OF SERVICE

   I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this Response to the Janice McLeod Declaration to the USA @ 555 4th Street, NW in Washington, D. C.  20530.
Executed this 29th day of July, 2008.
                                By_____
(28 USC Section 1746)              Michael Antonelli, Affiant