UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No.: 07-2016 (CKK) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |

DEFENDANTS' MOTION FOR AN ENLARGEMENT
OF TIME TO FILE REPLIES TO PLAINTIFF'S
RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS OR
ALTERNATIVELY, MOTIONS FOR PARTIAL SUMMARY JUDGMENT

Defendants,[1] through their undersigned attorneys, hereby respectfully request a second enlargement of time, to and including August 25, 2008, within which to file their replies to Plaintiff's responses to Defendants' motion to dismiss or alternatively, motion for partial summary judgment. Defendants' replies are now due on August 13, 2008.[2]

This is Defendants' first request for an enlargement of time for this purpose. Because Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and Defendants, therefore, have not obtained his position as to the relief requested.

---

[1] The Court has dismissed the claims against Defendants United States Marshals Service and the United States Immigration and Customs Enforcement. This motion is made on behalf of the Federal Bureau of Prisons and the United States Department of Justice, Office of Information and Privacy. Plaintiff has not yet filed any response to the Federal Bureau of Investigation's motion to dismiss or alternatively, motion for partial summary judgment which was filed on June 9, 2008.

[2] Although Plaintiff has certified that he mailed copies of his responses and other filings to undersigned counsel on July 25, 2008, counsel has not yet received any hard copies of Plaintiff's responses. Undersigned counsel did not have notice of Plaintiff's filings until August 5, 2008, upon receipt of the notifications of electronic filings by the Court.

There is good cause for this motion. In response to Defendants' motion to dismiss or alternatively, motion for partial summary judgment, Plaintiff has filed various pleadings styled as replies, declarations, memorandum, and responses to Defendants' declarations. Thus, undersigned counsel need additional time to review these filings and legal arguments made by Plaintiff, and prepare replies on behalf of Defendants.

Accordingly, Defendants are requesting an extension of time to and including August 25, 2008, to file their replies to Plaintiff's responses to Defendants' motions to dismiss or alternatively, motions for partial summary judgment.

For the foregoing reasons, Defendants respectfully request that this motion for an enlargement of time be granted.

Respectfully submitted,

 /s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

 /s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

 /s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing Motion for Enlargement of Time was mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 8th day of August, 2008, to the following address:

Michael Antonelli
No. 04053-164, Box 34550
Federal Correctional Institution
Box 4000
Memphis, Tennessee 38134

                                                /s/
                                      JUDITH A. KIDWELL
                                      Assistant U.S. Attorney