UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI,            )
                                 )
              Plaintiff,         )
                                 )
         v                       )   Case No. 07-2016 (CKK)
                                 )
FEDERAL BUREAU OF PRISONS, etal.,)
                                 )
              Defendants.        )

**PLAINTIFF'S REPLY TO FBI OPPOSITION TO PARTIAL SUMMARY JUDGEMENT AND RESPONSE TO FBI MOTION TO DISMISS OR ALERNATIVELY CROSS MOTION FOR PARTIAL SUMMARY JUDGEMENT**

  Plaintiff hereby files his traverse to the Defendant FBI's conglomerate importunings, and states that FBI is not entitled to judgement whatsoever.

  In support, he refers the Court to his enclosed OPPOSITION TO STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE ISSUE, and his RESPONDING MEMORANDUM OF POINTS AND AUTHORITIES, and his OPPOSITION TO DECLARATION OF DAVID M. HARDY and OPPOSITION TO JANICE MCLEOD'S DECLARATION AS TO FBI, all enclosed.

Respectfully Submitted this 8Th day of August, 2008.

By /s/ Michael Antonelli
MICHAEL C. ANTONELLI, Pro Se
No. 04053-164; Box 34550
Federal Correctional Institution
Memphis, Tennessee
                    38134

**CERTIFICATE OF SERVICE**

  I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this Reply to the USA @ 555 4th St., NW in Washington, D. C. 20530.

Executed this 8Th day of August, 2008.

By /s/ Michael Antonelli
Michael Antonelli, Affiant

(28 USC Section 1746)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI,            )
                                 )
            Plaintiff,           )
                                 )
      v                          )   Case No. 07-2016 (CKK)
                                 )
FEDERAL BUREAU OF PRISONS,etal.,)
                                 )
            Defendants.          )

OPPOSITION TO STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO
GENUINE ISSUE AS TO THE FBI COUNT

   Plaintiff hereby submits the following counterstatement to the
FBI statement. This is supported by Plaintiff's Counterdeclaration
to David M. Hardy's Declaration and the Counterdeclaration to the FBI
Janice McLeod declaration portions. Plaintiff addresses each paragraph
in the FBI importuning as follows:

1.   I agree.
2.   I agree the FBI did not respond but disagree as to the reason
stated and that reason stated was arbitrary, capricious and an improper
reason.
3.   I agree.
4.   This may be true, but too many appeals evaporate like that. This
is conspicuous in itself. I believe the OIP is playing games.
5.   I agree.
6.   I agree the request was returned bu disagree that new waivers
were needed because this was an amended request by order of the court
in 04-1180.
7.   I agree.
8.   I agree that I appealed. I disagree that the OIP never received
the appeal. Why are half my appeals not found ? This is a farce.
9.   I agree.
10.  I agree.
11.  I agree.
12.  I agree this occured but disagree with FBI response and reasons
to deny his request.
13.  I agree.
14.  I agree this occured. I disagree that all fees were not paid.
15.  I agree I paid all outstanding fees but not on the date cited, but
long, long, long ago.
16.  I disagree. I exhausted all remedies with respect to FBI FOIA
requests in this count.
Respectfully Submitted this ___8th___ day of August, 2008.

                              By ___[signature]___
                              MICHAEL ANTONELLI, Pro Se
                              No. 04053-164; Box 34550
                              Federal Correctional Institution
                              Memphis, Tennessee   38134

-1-

## CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this Opposition to the FBI Statement of Material Facts not in Genuine Dispute, to the USA @ 555 4th Street, NW in Washington, D.C. 20530.

Executed this 8Th day of August, 2008.

By _____
Michael Antonelli, Affiant

(28 USC Section 1746)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI, )
)
Plaintiff, )
)
v )   Case No. 07-2016 (CKK)
)
FEDERAL BUREAU OF PRISONS, et al., )
)
Defendants. )

## OPPOSITION TO DECLARATION OF DAVID M. HARDY

I, Michael C. Antonelli, declare as follows:

That I address herein in chronological order the enumerated statements and declarations of David M. Hardy as follows:

(1)  I agree that this paragraph may be true.
(2)  I agree this paragrph may be true.
(3)  I disagree that this action has anything to do with the Antonelli v. ATF, 04-1180 suit or case. That suit was filed in 2004. This cause concerns requests and/or amended requests treated as new requests, that were filed after that suit was initiated. I never filed an amended complaint adding these requests to the 04-1180 case as far as the FBI goes. Furthermore, this case deals partially with the July 5, 2005 revised request I made only because the Court in 04-1180 instructed me to do so in its order of February 16, 2006. The Court granted summary judgement in 04-1180 regarding the prior requests only, not any new requests not yet fully exhausted.
(4)  I agree this may be true in intent.
(5)  I agree.
(6)  This may be true but I disagree that this is a reason not to respond to an FOIA request. I have no access to the FBI's website from in prison, and the law libraries in prison are not compelled to keep those federal registers anymore. Therefore, I have no public access to what I asked the FBI legitimately for in my request.
(7)  I agree.
(8)  I agree. I disagree that separate or new waivers are required.
(9)  I agree that I sent the Central Office this letter asking them to search the Milwaukee and Chicago offices of FBI on February 18, 2007 but disagree that I did not make the request to the Milwaukee Field Office. I specifically sent the Milwaukee Field Office a copy of the February 18, 2007 on February 18, 2007 as well as the Chicago Office. I also agree that the FBI sent me that letter dated March 6, 2007.
(10) I agree.
(11) I agree.
(12) I agree.
(13) I agree except as to the fee number cited in the footnote. In any event, all fees to any government agency regarding FOIA have long, long, long ago been paid. Get off that page please !

-1-

(14)   I agree but disagree as to the dates paid. I believe this was all paid long, long, long ago. Government might have only acknowleged it till 2008. There were holding the payments as far as I know.

(15)   I disagree that any more details that stare everyone square in the face in the exhibits attached need be put into such a request. I also specifically disagree that those purported S-Drive documents are eventually uploaded into the CRS as stated. I know better.

(16)   I disagree that I failed to provide sufficient specificity to enable FBI to conduct a focused search or any search of the FBI Chicago Field Office purported shared drive.

(17)   I disagree that the waivers need again be submitted because this request was done specifically as per Court Order to amend my request to FBI in 04-1180, and the request I amended is one where I specifically submitted the waivers properly. FBI is playing games. This is unequivocal bureaucratic run-a-round, exactly what the Act forbids. (FOIA Act) I further deny that I failed to provide sufficient specificity to enable FBI to conduct a search of Chicago Field Office shared drives. This is a ploy. FBI is dodging their accountability and responsibility under the FOIA. This is subterfuge.

Pursuant to 28 USC Section 1746, I declare under penalty of perjury that the foregoing is true and correct as to the best of my current knowledge and beliefs.

Executed this  8Th  day of August, 2008.

By _____
MICHAEL ANTONELLI, Declarant
No. 04053-164; Box 34550
Federal Bureau of Investigation
Memphis, Tennessee
                38134

## CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this importuning to the USA @ 555 4th Street, NW in washington, D.C. 20530.

Executed this  8Th  day of August, 2008.

By _____
(28 USC Section 1746)        Michael Antonelli, Affiant

-2-

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI,            )
                                 )
            Plaintiff,           )
                                 )
       v                         ) Case No.  07-2016 (CKK)
                                 )
FEDERAL BUREAU OF PRISONS,etal., )
                                 )
            Defendants.)

## OPPOSITION TO JANICE MCLEOD'S DECLARATION AS TO FBI

I, Michael Antonelli, declare the following chronological responses to Janice McLeod's Declaration as to the FBI, to be true and correct as to the best of my current knowledge and beliefs:

(66)   I agree.  A true and correct copy of that appeal is attached to my STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE (Hereinafter "SMF") filed January 6, 2008.
(67)   I mailed that appeal to OIP on August 8, 2005.  I do not agree that OIP never received it.
(68)   I agree that I sent a appeal on April 24, 2007.  I agree as to what the complaint says.
(69)   I agree.
(70)   I agree.  See "ZZZZ" attached to SMF.
(71)   I disagree that OIP never received the appeal.
(72)   This may be true but I demand strict proof thereof.  But the request of November 5, 2006 is not the same request as the one in the 04-1180 case.  This was an amended request by court order in 04-1180 but it was treated as a new request.  Therefore, technically, it cannot be said to be addressed in 04-1180.
(73)   I disagree that the debt was not paid back then, but the other "Hardy" declaration says I owe nothing now.  So, therefore, this fee debt is a redundant issue.  I believe it was Government who refused to acknowledge payment of the debt, not me not paying it or causing it to be paid.  This "Dog and Pony Show" was intentional and deliberate by Government for improper motive.
(74)   I agree.  But, that public information response was useless to one in prison.  Nobody explains why the Chicago Field Office would not accept mail from me and I demand an answer from them.  If the appeal concerned a different request it was only because of a ministerial error that that mistake might have occured, if it really was a mistake.  In any event, if OIP never received any of my appeals I documented, it was not because I never sent them because I did send them.  The very convoluted nature of all this should not get in the way of the accountability and responsibility of the FBI and OIP to abide by the FOIA.  FBI and OIP are grabbing for straws to evade accountability and responsibilities under the Act.

I declare under the penalty of perjury that the foregoing is true and correct as to the best of my current knowledge and beliefs.

Executed this __8th__ day of August, 2008.

By _____
MICHAEL ANTONELLI, Declarant
No. 04053-164; Box 34550
Federal Correctional Institution
Memphis, Tennessee
                        38134

CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this importuning to the USA @ 555 4th Street, NW in Washington, D.C. 20530.

Executed this __8th__ day of August, 2008.

By _____

(28 USC Section 1746)                Michael Antonelli, Affiant

-2-

```
               UNITED STATES DISTRICT COURT
                   DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI,       )
                            )
              Plaintiff,    )
                            )
         v                  )  Case No.  07-2016 (CKK)
                            )
FEDERAL BUREAU OF PRISONS,etal.,)
                            )
              Defendants.   )
```

### RESPONDING MEMORANDUM OF POINTS AND AUTHORITIES TO FBI DISPOSITIVE MOTIONS

Plaintiff makes two basic allegations in his complaint at Count XVIII. One, that the FBI never responded to his request for the addresses of all FBI Field Offices and Satellite Offices; and Two, an amended request he filed as per court order in 04-1180 for the S-Files in connection to Michael Antonelli, James Valona and Nancy Antonelli, that are in the Chicago and Milwaukee Field Offices of the FBI. These have never been litigated in any other case.

Plaintiff exhausted all administrative remedies in connection to these requests and any notion to the contrary is erroneous. Either the OIP has misplaced, lost or destroyed the appeals or they are flat out deceiving the Court. The only other possibility is that they never adequately searched for these appeals. Either way, it is OIP who is at fault and not this plaintiff.

### Background

Defendant FBI dwells on the false premise that plaintiff keeps relitigating the same issues. This is not true. FBI further dwells on the false fact that plaintiff had unpaid fees for years on end. This also is not true. Plaintiff paid all fees long ago but EOUSA had misplaced the money order or lost it. Defendant's complain of convolution. But it is Government who convolutes things in the first place by its very nature. That is a two edged sword.

### Legal Standards

Plaintiff has no qualms about the legal standards cited.

### ARGUMENT

A. Public Information Request

FBI admits never even having the common decency to respond to the request for field office addresses. FBI could at least notified the plaintiff why. A decision to deny an initial request must inform the requestor of the reasons for the denial and the name and title of each person responsible for the denial, and of the right to appeal. See Hudgins v. IRS, 714 F.Supp. 19, 20-21 (DDC 1985). FBI is in gross derogation of the FOIA. 5USC Section 552(a)(6)(A)(i), (a)(6)(C).

B.  **Failure to Exhaust**

An agency's failure to comply with the time limits for an initial request or an appeal may be treated as "constructive exhaustion." See Oglesby v. US Dept of the Army, 920 F 2d at 61-65; accord Ruotolo v. DOJ, 53 F 3d @ 9.

The purported justification of FBI to not answer the request is flakey. So is the justification to send the amended requests back to plaintiff instead of keeping them and denying them properly.

The purported failure to exhaust because plaintiff supposedly owed another ageny fees, which he really did not, is also below the limsol line. Plaintiff owed FBI no money. He paid the fees and it was EOUSA who lost or misplaced the money order. Plaintiff never failed to exhaust. He furthermore never failed to reasonably describe the records sought as to the S-Files. He made that amended request as per order of this very Court in another case; 04-1180.

Defendant FBI's excuses beg the question.

## Conclusion

The claims against FBI should not be dismissed and summary judgement should be granted in Plaintiff's favor as a metter of law.

Respectfully Submitted this 8Th day of August, 2008.

By _____
MICHAEL C. ANTONELLI, Pro Se
No. 04053-164; Box 34550
Federal Correctional Institution
Memphis, Tennessee   38134

## CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this Responding Memorandum to the USA @ 555 4th Street, NW in Washington, D. C. 20530.

Executed this 8Th day of August, 2008.

By _____
Michael Antonelli, Affiant

(28 USC Section 1746)

-2-