UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI,         )
                           )
         Plaintiff,        )
                           )
    v                      )   Case No. 07-2016 (CKK)
                           )
FEDERAL BUREAU OF PRISONS, etal, )
                           )
         Defendants.       )

RECEIVED
AUG 15 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION FOR RELIEF FROM JUDGEMENT AS TO ICE

MICHAEL ANTONELLI today received the MEMORANDUM OPINION that ordered the motion for partial summary judgement against ICE be denied and granting summary judgement for ICE.

Plaintiff is utterly dismated. He specifically asked for an extension of time within which to respond to ICE's dispositive motions and to reply to their response, up to and including August 22, 2008. The Court never ruled on the motion for extension of time. Therefore, Plaintiff has been denied procedural due process of law. He asks that he be granted relief from the judgement for ICE and that he be allowed an opportunity to file his traverse that he legitimately requested an extension to file, regardless if his answer or reply would prevail. How do you know it won't until it is filed ?

WHEREFORE, Plaintiff prays for relief from judgement in the case of the ICE judgement entered against plaintiff.

Respectfully Submitted this __12TH__ day of August, 2008

By_____
MICHAEL ANTONELLI
04053-164; Box 34550
Memphis, TN 38134

## CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, on this day mailed a copy of this motion to the USA @ 555 4th St., NW in Washington, D.C. 20530.
Executed this __12TH__ day of August, 2008.

By_____
Michael Antonelli, Affiant

(28 USC Section 1746)