UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|   |   |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
| Plaintiff *pro se*, | ) |
| v. | ) Civil Action No.: 07-2016 (CKK) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| Defendants. | ) |

**DEFENDANT U.S. IMMIGRATION AND CUSTOM
ENFORCEMENT'S MEMORANDUM OF POINTS AND
AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION
FOR RELIEF FROM JUDGMENT AS TO ICE**

Defendant U.S. Immigration and Custom Enforcement ("ICE"), by and through undersigned counsel, hereby opposes Plaintiff's *Motion for Relief From Judgment As To ICE*. For the reasons set forth below, Plaintiff's motion should be denied.

**I. PROCEDURAL BACKGROUND**

On November 8, 2007, Plaintiff filed this suit pursuant to the Freedom of Information Act,("FOIA"), 5 U.S.C. § 552 and the Privacy Act of 1974, 5 U.S.C. § 552a, against five Defendants, including ICE.[1] Docket No. 1. On December 28, 2007, Plaintiff moved for partial summary judgment against all five Defendants. Docket Nos. 13, 15, 16, 17. On June 2, 2008, Defendant ICE filed its opposition to Plaintiff's motion for partial summary judgment and a cross-motion for partial summary judgment. Docket Nos. 29, 30.

---

[1] The other Defendants were the Federal Bureau of Prisons, the Federal Bureau of Investigation, the United States Marshals Service and the Office of Information and Privacy of the U.S. Department of Justice.

On June 9, 2008, the United States Marshals Service ("USMS") filed its motion to dismiss, and on June 30, 2008, Plaintiff filed a motion for extension of time to respond to Defendant USMS' dispositive motion. Docket Nos. 32, 40.[2]

On August 4, 2008, the Court granted Defendant ICE's cross-motion for partial summary judgment. Docket Nos. 45, 46. On August 15, 2008, Plaintiff filed a one-page *Motion for Relief From Judgment As to Ice*, claiming that he had sought an extension of time to respond to Defendant ICE's dispositive motion and requesting relief from the judgment entered in favor of Defendant ICE. Docket No. 49.

## ARGUMENT

### II. PLAINTIFF'S MOTION FOR RELIEF SHOULD BE DENIED

Plaintiff claims that he sought an extension of time to respond to Defendant ICE's dispositive motion. However, the record herein shows no such filing by Plaintiff. It does, however, show that he sought an extension of time to respond to Defendant USMS' dispositive motion in that same time-frame. Although the envelope received by Defendant's counsel might indicate that he intended to file such a motion, Plaintiff failed to do so.[3]

Furthermore, Plaintiff has provided no legal authority in support of his motion nor did he

---

[2] Undersigned counsel received an envelope from Plaintiff which indicates that it was x-rayed in the mail room of the U.S. Department of Justice on July 9, 2008, and received in our office on July 10, 2008. *See* Defendant's Exhibit One. Inside the envelope were four undated and unsigned motions for extension of time. *See* Defendants' Exhibit Two. Defendant notes that Plaintiff's *Motion for Extension of Time to Respond to Marshals* at Docket No. 40, is similar to the one mailed to undersigned counsel, except for the dates and signatures. *Id*.

[3] In fact, Plaintiff admits in his motion for an enlargement of time to respond to the USMS' motion to dismiss that he was "bogged down with litigation in numerous cases." Docket No. 40. Thus, it is likely that he failed to file his motion for an extension of time to respond to Defendant ICE's filings.

cite to any of the Federal Rules of Civil Procedure.[4] Accordingly, Plaintiff's motion should be denied.

                Respectfully submitted,

                /s/
                JEFFREY A. TAYLOR, D.C. BAR # 498610
                United States Attorney

                /s/
                RUDOLPH CONTRERAS, D.C. BAR # 434122
                Assistant United States Attorney

                /s/
                JUDITH A. KIDWELL
                Assistant United States Attorney
                555 Fourth Street, N.W.- Civil Division
                Room E4905
                Washington, D.C. 20530
                (202) 514-7250

---

[4] Indeed, it is unclear whether Plaintiff is seeking relief under Fed. R. Civ. P. 59 or 60. Furthermore, he has demonstrated in this case that he is well aware of the requirement in Local Rule 7(a) to file a statement or memorandum of points and authorities in support of this type of motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copies of the foregoing Opposition to Motion for Relief From Judgment As To ICE and Exhibits were mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 21st day of August, 2008, to the following address:

Michael Antonelli
No. 04053-164
Federal Correctional Institution
Box 34550
Memphis, TN 38134

                                /s/
                        JUDITH A. KIDWELL
                        Assistant U.S. Attorney

EXHIBIT ONE



Michael Antonelli
04053-164
Federal Correctional Institution
Box 34550
Memphis, TN 38134

X-RAYED
JUL -9 2008
DOJ MAILROOM

United States Attorney
555 4th Street, NW
Washington, D.C.
20530

INSPECTED

EXHIBIT TWO

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI,            )
                              )
            Plaintiff,        )
                              )
        v                     )    Case No  07-CV-2016   CKK
                              )
FEDERAL BUREAU OF PRISONS,etal,)
                              )
            Defendants.       )

MOTION FOR EXTENSION OF TIME TO RESPOND TO ICE

NOW COMES, Plaintiff, MICHAEL ANTONELLI, Pro Se, and moves the Court to extend the time in which to respond to ICE's dispositive motion up to and including August 22, 2008. In support, he states:

1.  Plaintiff will be unable to respond to ICE's dispositive motion until August 22, 2008.

2.  He asks for an extension of time until that date.


WHEREFORE, Plaintiff prays for an extension to August 22, 2008 to respond to ICE's dispositive motion.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI,         )
                           )
          Plaintiff,       )
                           )
     v                     ) CASE No. 07-cv-2016 (CKK)
                           )
FEDERAL BUREAU OF PRISONS,etal.,)
                           )
          Defendants.      )

<u>MOTION FOR EXTENSION OF TIME TO RESPOND TO MARSHALS</u>

   NOW COMES, Plaintiff, MICHAEL C. ANTONELLI, Pro Se, and moves for an extension of time within which to respond to the MARSHALS dispositive motion up to and including July 25, 2008. In support, he states:

1. Plaintiff is bogged down with litigation in numerous causes and is unable to respond to the motion of the U.S. MARSHALS until July 25, 2008.

2. In all fairness, this Court will allow such an extension.

WHEREFORE, Plaintiff prays for an extension to July 25, 2008 to respond to the motion of the MARSHALS.

Respectfully Submitted this     day of      2008.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI,            )
                                 )
               Plaintiff,        )
                                 )
          v                      )    07-CV-2016   (CKK)
                                 )
FEDERAL BUREAU OF PRISONS, etal, )
                                 )
               Defendants.       )

<u>MOTION FOR EXTENSION OF TIME TO RESPOND TO BOP MOTIONS</u>

NOW COMES, Plaintiff, MICHAEL ANTONELLI, Pro Se, and moves this Court for an extension of time within which to respond to the dispositive motions of the BOP and the OIP, up to and including August 1, 2008. In support, he states:

1.   Plaintiff is unable to respond to the dispositive motions of BOP and OIP until August 1, 2008.

2.   He asks for an extension until that date.

WHEREFORE, Plaintiff prays for an extension of time within which to respond to the dispositive motions of the BOP and OIP up to and including August 1, 2008.

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI,           )
                                )
                 Plaintiff,     )
                                )
         v                      ) Case No  07-CV-2016   (CKK)
                                )
FEDERAL BUREAU OF PRISONS, etal,)
                                )
                 Defendants.    )

MOTION FOR EXTENSION OF TIME TO RESPOND TO FBI MOTION

     NOW COMES, Plaintiff, MICHAEL ANTONELLI, Pro Se, and respectfully moves this Court for an extension of time within which to respond to the dispositive motion of the FBI up to and including August 15, 2008. In support, he states:

1.   Plaintiff will be unable to respond to the dispositive motion of the FBI until August 15, 2008.

2.   He asks that this Court grant him an extension of time in which to respond until that date.

WHEREFORE, Plaintiff requests an extension of time within which to