UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL C. ANTONELLI, | ) |
| | ) |
| Plaintiff *pro se*, | ) |
| | ) |
| v. | ) Civil Action No.: 07-2016 (CKK) |
| | ) |
| FEDERAL BUREAU OF PRISONS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

### ERRATA

Defendant, United States Immigration and Customs Enforcement, through undersigned counsel, respectfully notifies the Court and Plaintiff that Defendant mistakenly filed a mis-formed PDF Exhibit Two when filing Defendant's Memorandum in Opposition to Plaintiff's Motion For Relief From Judgment As To ICE, Docket No. 53. The attached Exhibit Two should have been filed. Defendant apologizes for any inconvenience to the Court or Plaintiff.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4905
Washington, D.C. 20530
(202) 514-7250

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copies of the foregoing Errata and Exhibit Two were mailed, postage pre-paid, to Michael Antonelli, Plaintiff *pro se*, on this 21st day of August, 2008, to the following address:

Michael Antonelli
No. 04053-164
Federal Correctional Institution
Box 34550
Memphis, TN 38134

/s/
JUDITH A. KIDWELL
Assistant U.S. Attorney

EXHIBIT TWO

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI,                )
                                  )
            Plaintiff,            )
                                  )
      v                           )   Case No   07-CV-2016   CKK
                                  )
FEDERAL BUREAU OF PRISONS, etal,  )
                                  )
            Defendants.           )

## MOTION FOR EXTENSION OF TIME TO RESPOND TO ICE

   NOW COMES, Plaintiff, MICHAEL ANTONELLI, Pro Se, and moves the Court to extend the time in which to respond to ICE's dispositive motion up to and including August 22, 2008. In support, he states:

1. Plaintiff will be unable to respond to ICE's dispositive motion until August 22, 2008.

2. He asks for an extension of time until that date.

WHEREFORE, Plaintiff prays for an extension to August 22, 2008 to respond to ICE's dispositive motion.

Respectfully Submitted this _____ day of June, 2008.

                              By_____
                              MICHAEL ANTONELLI, Pro Se
                              04053-164; Box 34550
                              Memphis, TN 38134

## CERTIFICATE OF SERVICE

   I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the USA @ 555 4th Street, NW in Washington, D. C. 20530.

Executed this _____ day of June, 2008.

                              By_____
(28 USC Section 1746)             Michael Antonelli, Affiant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI,            )
                              )
            Plaintiff,        )
                              )
     v                        ) CASE No. 07-cv-2016 (CKK)
                              )
FEDERAL BUREAU OF PRISONS,etal.,)
                              )
            Defendants.       )

## MOTION FOR EXTENSION OF TIME TO RESPOND TO MARSHALS

NOW COMES, Plaintiff, MICHAEL C. ANTONELLI, Pro Se, and moves for an extension of time within which to respond to the MARSHALS dispositive motion up to and including July 25, 2008. In support, he states:

1. Plaintiff is bogged down with litigation in numerous causes and is unable to respond to the motion of the U.S. MARSHALS until July 25, 2008.

2. In all fairness, this Court will allow such an extension.

WHEREFORE, Plaintiff prays for an extension to July 25, 2008 to respond to the motion of the MARSHALS.

Respectfully Submitted this _____ day of June, 2008.

By_____
MICHAEL ANTONELLI, Pro Se
04053-164; Box 34550
Federal Correctional Institution
Memphis, TN 38134

## CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the USA @ 555 4th St, NW in Washington, D.C. 20530.

Executed this _____ day of June, 2008.

(28 USC Section 1746)

By_____
Michael Antonelli, Affiant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI, )
)
Plaintiff, )
)
v )   07-CV-2016   (CKK)
)
FEDERAL BUREAU OF PRISONS, etal, )
)
Defendants. )

## MOTION FOR EXTENSION OF TIME TO RESPOND TO BOP MOTIONS

NOW COMES, Plaintiff, MICHAEL ANTONELLI, Pro Se, and moves this Court for an extension of time within which to respond to the dispositive motions of the BOP and the OIP, up to and including August 1, 2008. In support, he states:

1. Plaintiff is unable to respond to the dispositive motions of BOP and OIP until August 1, 2008.

2. He asks for an extension until that date.

WHEREFORE, Plaintiff prays for an extension of time within which to respond to the dispositive motions of the BOP and OIP up to and including August 1, 2008.

Respectfully Submitted this _____ day of June, 2008.

By_____
MICHAEL C. ANTONELLI, Pro Se
No. 04053-164; Box 34550
Federal Correctional Institution
Memphis, Tennessee   38134

## CERTIFICATE OF SERVICE

I, MICHAEL C ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the USA @ 555 4th Street in Washington, D. C.   20530.

Executed this _____ day of June, 2008.

By_____
Michael Antonelli, Affiant

(28 USC Section 1746)

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI,           )
                                )
            Plaintiff,           )
                                )
      v                         ) Case No  07-CV-2016   (CKK)
                                )
FEDERAL BUREAU OF PRISONS, etal,)
                                )
            Defendants.          )

### MOTION FOR EXTENSION OF TIME TO RESPOND TO FBI MOTION

NOW COMES, Plaintiff, MICHAEL ANTONELLI, Pro Se, and respectfully moves this Court for an extension of time within which to respond to the dispositive motion of the FBI up to and including August 15, 2008. In support, he states:

1. Plaintiff will be unable to respond to the dispositive motion of the FBI until August 15, 2008.

2. He asks that this Court grant him an extension of time in which to respond until that date.

WHEREFORE, Plaintiff requests an extension of time within which to respond to the FBI dispositive motion up to and including August 15, 2008.

Respectfully Submitted this _____day of June, 2008.

                                By_____
                                  MICHAEL ANTONELLI, Pro Se
                                  No. 04053-164; Box 34550
                                  Federal Correctional Institution
                                  Memphis, Tennessee   38134

### CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this motion to the USA @ 555 4th Street in Washington, D.C.  20530.

Executed this _____day of June, 2008.

                                By_____
                                  Michael Antonelli, Affiant

(28 USC Section 1746)