```
                    UNITED STATES DISTRICT COURT
                        DISTRICT OF COLUMBIA
```

MICHAEL C. ANTONELLI,         )
                              )
              Plaintiff,      )
                              )
        v                     )   Case No. 07-2016 (CKK)
                              )
FEDERAL BUREAU OF PRISONS, etal,)
                              )
              Defendants.)

<u>PLAINTIFF'S REPLY TO DEFENDANT ICE'S OPPOSITION TO PARTIAL SUMMARY
JUDGEMENT AND PLAINTIFF'S RESPONSE TO THE CROSS-MOTION FOR PARTIAL
                         SUMMARY JUDGEMENT</u>

    Plaintiff files his reply to Defendant's opposition to his Motion for Partial Summary Judgement and responds to ICE'S Motion for Summary Judgement. The Court is respectfully refered to the accompanying Response to Defendants "SOF" and his Response to ICE'S Memorandum of Points and Authorities, and Declaration in opposition to the Declaration of Mark Vugrinovich, attached hereto.

Respectfully Submitted this 20Th day of August, 2008.

By _____[signature]_____
MICHAEL C. ANTONELLI, Pro Se
No. 04053-164; Box 34550
Federal Correctional Institution
Memphis, Tennessee
                              38134

<u>CERTIFICATE OF SERVICE</u>

    I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this importuning to the USA @ 555 4th St., NW in Washington, D.C. 20530.

Executed this 20Th day of August, 2008.

By _____[signature]_____
Michael Antonelli, Affiant

(28 USC Section 1746)

[Stamp: RECEIVED AUG 28 2008 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT]
[Marginalia: ORIGINALS]

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI,        )
                             )
              Plaintiff,     )
                             )
      v                      )   Case No. 07-2016- (CKK)
                             )
FEDERAL BUREAU OF PRISONS,etal.,)
                             )
              Defendants)

### PLAINTIFF'S RESPONSE TO ICE'S SMF

Plaintiff hereby responds to ICE'S submitted statements as follows:

1. I agree.
2. I agree.
3. I agree ICE determined certain portions exempt but do not agree that they actually are exempt.
4. I agree.
5. I agree.
6. I agree.
7. I disagree. All reasonably segregable information was not released to plaintiff.

Respectfully Submitted this 20Th day of August, 2008.

By _____
MICHAEL ANTONELLI, Pro Se
No. 04053-164; Box 34550
Federal Correctional Institution
Memphis, Tennessee
                38134

### CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this importuning to the USA @ 555 4th St., NW in Washington, D. C. 20530.

Executed this 20Th day of August, 2008.

By _____
(28 USC Section 1746)    Michael Antonelli, Affiant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL ANTONELLI, )
)
Plaintiff, )
)
v ) Case No. 1:07-CV-02016 (CCK)
)
FEDERAL BUREAU OF PRISONS, etal., )
)
Defendants. )

PLAINTIFF'S OPPOSITION TO DECLARATION OF MARK VUGRINOVICH

I, MICHAEL ANTONELLI, do hereby declare the following is my personal knowledge in opposition to the Declaration of Mark Vugrinovich in chronological order as addressed by Defendants in their declaration:

1. I agree.
2. I agree.
3. I do not agree and demand strict proof thereof.
4. I agree.
5. This may be true but I disagree that those portions are actually exempt as stated.
6. I agree this occured.
7. I agree this occured.

OPPOSITION TO APPLICATION OF EXEMPTIONS

8. ICE is not a secret organization. It is a federal agency. The phone numbers of ICE are of interest to the public. The number deleted have been improperly withheld.
9. Likewise, the file numbers deleted are being improperly withheld. There is no justifiable reason stated to withhold them.
10. The federal officer's name is being improperly withheld. This named concern of harassment and interference with that officers duties is a farce. There is no justifiable reason to withhold it.
11. Likewise, the federal officer's name is improperly withheld on the facsimile sheet.

OPPOSITION TO SEGREGABILITY

12. Vugrinovich has not disclosed all reasonably segregable portions.

I declare under the penalty of perjury that the foregoing is true and correct as to the best of my current knowledge and beliefs.

MICHAEL ANTONELLI, Declarant
04053-164; Box 34550
Memphis, TN  38134

CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this opposition to declaration to USA @ 555 4th St., NW in Washington, DC 20530.

Executed on 8/22/08       By _____
(28 USC Section 1746)        Michael Antonelli, Affiant

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

MICHAEL C. ANTONELLI,            )
                                 )
            Plaintiff,           )
                                 )
     v                           )    CASE No. 07-2016 (CKK)
                                 )
FEDERAL BUREAU OF PRISONS, etal, )
                                 )
            Defendants.          )

OPPOSITION TO ICE'S MEMORANDUM OF POINTS & AUTHORITIES

I. OPPOSITION TO INTRODUCTION

Plaintiff does not oppose what was written in this section except to disagree that there are no genuine issues of material fact, and that ICE is entitled to judgement as a matter of law.

OPPOSITION TO GOVERNING LAW AND STANDARDS OF REVIEW

A.   Motion for Summary Judgement Under Rule 56

Plaintiff agrees with what was stated.

B.   Summary Judgement in FOIA Cases

Plaintiff agrees with what was stated.

OPPOSITION TO ARGUMENT

II. OPPOSITION TO INVOCATION OF EXEMPTIONS 2, 6 and 7(C)

A.   Exemption 2

Plaintiff believes the file numbers withheld to be improperly withheld because there exists certain files in the USMS that may be correlated to these files numbers concerning the fact that Plaintiff was instructed by a certain U.S. Marshal to evade the warrant outstanding against plaintiff on 911. That same Marshal is the one who picked the plaintiff up at the Will County Jail with the Parole Violator Warrant in hand. There is controversy as to whether the warrant was constructively executed that day. If this controversy is settled in plaintiff's favor he goes home, if not, he stays in jail till October 9, 2009. This plaintiff has an interest in these file numbers and any records even remotely in connection or relation to them. The public also has an interest in such noxious conduct of a U.S. Marshal.

B.   Exemption 6

Likewise, that federal law enforcement officer's name must be divulged. This U.S. Marshal has covered up the fact that the Parole Violator warrant was actually executed on October 16, 2001 and if that can be proven plaintiff will be released at once. This cover-up has been committed by this same US Marshal and his name should be released.

C.   Exemption 7(C)

Likewise, all information on the facsimilie sheet must be released because it relates to this US Marshall who told plaintiff to evade the warrant then later covered up the execution of it stating it was withheld.

-1-

III.   OPPOSITION TO REASONABLY SEGREGATED INFORMATION
       HAS BEEN RELEASED

The public has an interest into this cover-up and none of the information should be exempted.

CONCLUSION

There is an FOIA recognized public interest in discovering wrongdoing by a federal agency. See **Landano v. U.S.D.O.J.**, 956 F 2d 422 (3rd Cir. 1992).

Respectfully Submitted this 22nd day of August, 2008.

By _____
MICHAEL ANTONELLI, Pro Se
04053-164; Box 34550
Federal Correctional Institution
Memphis, Tennessee  38134

CERTIFICATE OF SERVICE

I, MICHAEL ANTONELLI, after having been duly sworn and under oath, hereby depose and state that on this day I mailed a copy of this memorandum opposition to the USA @ 555 4th St in Washington, DC 20530.

Executed this 22nd day of August, 2008.

By _____
Michael Antonelli, Affiant

(28 USC Section 1746)

-2-